# "SCHEDULE A" AMAZON DEFENDANTS

**DEFENDANT 1:**
**BUSINESS NAME:** Guangzhourandingshangmaoyouxiangongsi
**MERCHANT ID:** ATVPDKIKX0DER
**ASIN:** B0DM261S4N
**LINK TO PRODUCT:**
https://www.amazon.com/Anti-Snoring-Device-FDA-Cleared-Customizable/dp/B0DM261S4N
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=AGPM5WXGPNDWZ&asin=B0DM261S4N&re
f_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 2:**
**BUSINESS NAME:** ZhuZhouHuaiZiTongShangMaoYouXianGongSi
**MERCHANT ID:** ACZ7NQP6OPLWS
**ASIN:** B0DS69LFFG
**LINK TO PRODUCT:**
https://www.amazon.com/Anti-Snoring-Mouthpiece-SnoringMouthpiece-Comfortable/dp/B0DS
2SVCX1/ref=sr_1_1?dib=eyJ2IjoiMSJ9.dHSaaoca1sCDQA4rrotVR8PrE6pCfCRvfflm4w6
AAu
2F0DZ-P9ToaLIt4eEGQhi0r-4a6AhifjRSjLfjip41SW63HhrpDDt56D8brYT89HB6V
AXdkRN2
HWSSOVkyRgSBJsiITUZBoR2PkWyq4SzOF1G-
13LsIABE7DhCwzcphjXt1fjvDDMkP4qnpJ
K3Uy4y.Q0pcKb92DiJMbHfG-
5I57OUMe5gAWNDMgaDxkGkG7Ho&dib_tag=se&m=ACZ7
NQP6OPLWS&marketplaceID=A TVPDKIKX0DER&qid=1742417422&s=merchant-items&sr=
1-1
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS69LFFG&ref_
=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 3:**
**BUSINESS NAME:** shenzhenweixunguangdiankejiyouxiangongsi

**MERCHANT ID**: A3TV A VPKCUPH4G
**ASIN**: B0DM257SXX
**LINK TO PRODUCT**:
https://www.amazon.com/Anti-Snoring-Device-FDA-Cleared-Customizable/dp/B0DM257SXX
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A3TV A
VPKCUPH4G&asin=B0DM257SXX&re
f_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 4**:
**BUSINESS NAME**: foshanshilinningdashangmaoyouxiangongsi
**MERCHANT ID**: A2F3FOWUFN9F62
**ASIN**: B0DQW6DZWB
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0DQW6DZWB
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A2F3FOWUFN9F62&asin=B0DQW6DZW
B&r
ef_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 5**:
**BUSINESS NAME**: guizhouzijiedaomaoyiyouxiangongsi
**MERCHANT ID**: A1D792OU2GBD0V
**ASIN**: B0DQHNG86P
**LINK TO PRODUCT**:
https://www.amazon.com/Anti-Snoring-Mouth-Mouthpiece-Effective-Snoring-Solution/dp/B0D
QHNG86P
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A1D792OU2GBD0V&asin=B0DQHNG86P
&ref
_=dp_merchant_link

**DEFENDANT 6**:
**BUSINESS NAME**: chongqinghaorunyujidianshebeiyouxiangongsi
**MERCHANT ID**: A1PD7CW5LS4QFA
**ASIN**: B0DDXN5R3F
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0DDXN5R3F
**LINK TO STORE**:

https://www.amazon.com/sp?ie=UTF8&seller=A1PD7CW5LS4QFA&asin=B0DDXN5R3F
&ref
_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 7**:
**BUSINESS NAME**: FSAFCASD/ Guizhou Tengmin Trading Co., Ltd.
**MERCHANT ID**: A1Q9FRBZENSUGD
**ASIN**: B0DWMQZTMR
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0DWMQZTMR
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A1Q9FRBZENSUGD&asin=B0DWMQZT
MR&
ref_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 8**:
**BUSINESS NAME**: YANGJIE--US/ guizhouzijiedaomaoyiyouxiangongsi
**MERCHANT ID**: A1D792OU2GBD0V**ASIN**: B0DQJGF6Y2
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0DQJGF6Y2
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A1D792OU2GBD0V&asin=B0DQJGF6Y2
&ref
_=dp_merchant_link

**DEFENDANT 9**:
**BUSINESS NAME**: haikouyuqiangmaoyiyouxiangongsi
**MERCHANT ID**: A1D9D5W46H88F2
**ASIN**: B0DM267F76
**LINK TO PRODUCT**: amazon.com/dp/B0DM267F76
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A1D9D5W46H88F2&asin=B0DM267F76&r
ef_
=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 10**:
**BUSINESS NAME**: Galene LLC
**MERCHANT ID**: A3JKFJZ5NQ9AM9
**ASIN**: B0D5YYW8SP
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0D5YYW8SP
**LINK TO STORE**:

https://www.amazon.com/sp?ie=UTF8&seller=A3JKFJZ5NQ9AM9&asin=B0D5YYW8SP
&ref
_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 11:**
**BUSINESS NAME:** Galene LLC
**MERCHANT ID:** A3JKFJZ5NQ9AM9
**ASIN:** B0DFPHJG85
**LINK TO PRODUCT:**
https://www.amazon.com/Snoring-Device-Anti-Mouthpiece-Device-MouthGuard/dp/B0DFPHJ
G85
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=A3JKFJZ5NQ9AM9&asin=B0D5YYW8SP
&ref
_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 12:**
**BUSINESS NAME:** guangzhourandingshangmaoyouxiangongsi
**MERCHANT ID:** AGPM5WXGPNDWZ
**ASIN:** B0D5YY8835
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0D5YY8835
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=AGPM5WXGPNDWZ&asin=B0D5YY8835
&re
f_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 13:**
**BUSINESS NAME:** chongqinghaorunyujidianshebeiyouxiangongs
/chongqinghaorunyujidianshebeiyouxiangongs
**MERCHANT ID:** A1PD7CW5LS4QFA
**ASIN:** B0DQC8HWHH
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DQC8HWHH
**LINK TO STORE:** https://www.amazon.com/sp?seller=A1PD7CW5LS4QFA

**DEFENDANT 14:**
**MERCHANT ID:** AQGHJKNWPRIU5
**ASIN:** B0DQW45BZL

**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=AQGHJKNWPRIU5&asin=B0DQW45BZL&ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/Device-Anti-SnoringMouthpiece-EffectiveAnti-Customizable-AdjustableComfortable/dp/B0DQW45BZL

**DEFENDANT 15:**
**MERCHANT ID:** ACZ7NQP6OPLWS
**ASIN:** B0DS76RJR6
**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS2RGYB7&ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/dp/B0DS76RJR6

**DEFENDANT 16:**
**MERCHANT ID:** AGPM5WXGPNDWZ
**ASIN:** B0D5YY8835
**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=AGPM5WXGPNDWZ&asin=B0D5YY8835&ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/dp/B0D5YY8835

**DEFENDANT 17:**
**MERCHANT ID:** AQGHJKNWPRIU5
**ASIN:** B0DQW9M4NG
**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=AQGHJKNWPRIU5&asin=B0DQW9M4NG&ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/dp/B0DQW9M4NG

**DEFENDANT 18:**
**MERCHANT ID:** ACZ7NQP6OPLWS
**ASIN:** B0DS2S8YZM
**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS2S8YZM&ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/dp/B0DS2S8YZM

**DEFENDANT 19:**

**MERCHANT ID:** ACZ7NQP6OPLWS
**ASIN:** B0DS2RGYB7
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DS2RGYB7
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS2RGYB7&ref_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 20:**
**MERCHANT ID:** ACZ7NQP6OPLWS
**ASIN:** B0DS2SVCX1
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DS2SVCX1
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS2SVCX1&ref_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 21:**
**MERCHANT ID:** A2F3FOWUFN9F62
**ASIN:** B0DQW52QQQ
**LINK TO PRODUCT:** amazon.com/dp/B0DQW52QQQ
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=A2F3FOWUFN9F62&asin=B0DQW52QQQ&ref_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 22:**
**MERCHANT ID:** A1PD7CW5LS4QFA
**ASIN:** B0DQC7DDBJ
**LINK TO PRODUCT:** https://www.amazon.com/Anti-Snoring-Device-FDA-Cleared-Customizable/dp/B0DQC7DDBJ/ref=sr_1_7?crid=3JQF6EKVNJSLO&dib=eyJ2IjoiMSJ9.853X4iZ5-I_ABXJGIRqGAPZU5q4IfROG987mOY9T9nIIxxcIIgV0e2EVUC1ZJ8VrPiMB6cTp3RE6EpH7WnBLAwAhQcpD2w4hn_vMdnSqKHgaFiaGSpN7v9XESD6Ab74Ho-IzZls_LVBg6HMkZB5kLRIjQL_6aSGr2Edjqb-w-ygLfGAbptxHuMPDDBdXdPLZpZ.mKphqClCrRb3BokNBEP4Bw8u-MFUXFyU2YmPd4Jxfjc&dib_tag=se&keywords=fissiontech+llc&qid=1744031311&sprefix=fissiontech%2Caps%2C118&sr=8-7
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=A1PD7CW5LS4QFA&asin=B0DQC7DDBJ&ref_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 23:**
**MERCHANT ID:** A3TVAVPKCUPH4G
**ASIN:** B0DM2497R7
**LINK TO PRODUCT:** amazon.com/dp/B0DM2497R7
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=A3TVAVPKCUPH4G&asin=B0DM2497R7&ref_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 24:**
**MERCHANT ID:** A1RQ1EWLRTBFJ4
**ASIN:** B0D6XDYFHZ
**LINK TO PRODUCT:** amazon.com/dp/B0D6XDYFHZ
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=A1RQ1EWLRTBFJ4&asin=B0D6XDYFHZ&ref_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 25:**
**MERCHANT ID:** A1RQ1EWLRTBFJ4
**ASIN:** B0D6XC886V
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0D6XC886V
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=A1RQ1EWLRTBFJ4&asin=B0D6XC886V&ref_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 26:**
**MERCHANT ID:** AQGHJKNWPRIU5
**ASIN:** B0DQW9M4NG
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DQW9M4NG
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=AQGHJKNWPRIU5&asin=B0DQW9M4NG&ref_=dp_merchant_link&isAmazonFulfilled=1

**DEFENDANT 27:**
**ASIN:** B0D8B6PW3N
**LINK TO PRODUCT:** https://us.amazon.com/Anti-Snoring-Device-FDA-Cleared-Customizable/dp/B0D8B6PW3N

**DEFENDANT 28:**
**ASIN:** B0D5YWGVJW

**LINK TO PRODUCT:** amazon.com/dp/B0D5YWGVJW

**DEFENDANT 29:**
**ASIN:** B0DM27B68Y
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DM27B68Y

**DEFENDANT 30:**
**ASIN:** B0DQW6DZWB
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DQW6DZWB

**DEFENDANT 31:**
**ASIN:** B0D5YYW8SP
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0D5YYW8SP

**DEFENDANT 32:**
**ASIN:** B0DFPHJG85
**LINK TO PRODUCT:** https://www.amazon.com/Snoring-Device-Anti-Mouthpiece-Device-MouthGuard/dp/B0DFPHJG85

**DEFENDANT 33:**
**ASIN:** B0D6X6YFM8
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0D6X6YFM8

**DEFENDANT 34:**
**ASIN:** B0DHVYC931
**LINK TO PRODUCT:** https://www.amazon.com/Anti-Snoring-Device-Cleared-Adjustable/dp/B0DHVYC931

**DEFENDANT 35:**
**ASIN:** B0DQCBC8D3
**LINK TO PRODUCT:** amazon.com/dp/B0DQCBC8D3

**DEFENDANT 36:**
**ASIN:** B0DQC8HWHH
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DQC8HWHH

**DEFENDANT 37:**
**ASIN:** B0DQC7VZWZ
**LINK TO PRODUCT:** amazon.com/dp/B0DQC7VZWZ