# EXHIBIT 1

FDA U.S. FOOD & DRUG ADMINISTRATION

April 18, 2024

Fissiontech LLC
℅ Libray Chang
Manager
Shanghai Spica Management Consulting Co., Ltd.
609 Room, No. 133 Shengang Avenue, Pudong New District
Shanghai, 200120
China

Re: K233850
Trade/Device Name: Difiney Anti Snoring Device
Regulation Number: 21 CFR 872.5570
Regulation Name: Intraoral Devices For Snoring And Intraoral Devices For Snoring And Obstructive Sleep Apnea
Regulatory Class: Class II
Product Code: LRK
Dated: April 8, 2024
Received: April 8, 2024

Dear Libray Chang:

We have reviewed your section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (the Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. Although this letter refers to your product as a device, please be aware that some cleared products may instead be combination products. The 510(k) Premarket Notification Database available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm identifies combination product submissions. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note: CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Additional information about changes that may require a new premarket notification are provided in the FDA guidance documents entitled "Deciding When to Submit a 510(k) for a Change to an Existing Device" (https://www.fda.gov/media/99812/download) and "Deciding When to Submit a 510(k) for a Software Change to an Existing Device" (https://www.fda.gov/media/99785/download).

Your device is also subject to, among other requirements, the Quality System (QS) regulation (21 CFR Part 820), which includes, but is not limited to, 21 CFR 820.30, Design controls; 21 CFR 820.90, Nonconforming product; and 21 CFR 820.100, Corrective and preventive action. Please note that regardless of whether a change requires premarket review, the QS regulation requires device manufacturers to review and approve changes to device design and production (21 CFR 820.30 and 21 CFR 820.70) and document changes and approvals in the device master record (21 CFR 820.181).

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR Part 803) for devices or postmarketing safety reporting (21 CFR Part 4, Subpart B) for combination products (see https://www.fda.gov/combination-products/guidance-regulatory-information/postmarketing-safety-reporting-combination-products); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820) for devices or current good manufacturing practices (21 CFR Part 4, Subpart A) for combination products; and, if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR Parts 1000-1050.

Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to https://www.fda.gov/medical-devices/medical-device-safety/medical-device-reporting-mdr-how-report-medical-device-problems.

For comprehensive regulatory information about medical devices and radiation-emitting products, including information about labeling regulations, please see Device Advice (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance) and CDRH Learn (https://www.fda.gov/training-and-continuing-education/cdrh-learn). Additionally, you may contact the Division of Industry and Consumer Education (DICE) to ask a question about a specific regulatory topic. See the DICE website (https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/contact-us-division-industry-and-consumer-education-dice) for more information or contact DICE by email (DICE@fda.hhs.gov) or phone (1-800-638-2041 or 301-796-7100).

Sincerely,

Bobak
Shirmohammadi -S

For Michael E. Adjodha, M.ChE., RAC, CQIA
Assistant Director

DHT1B: Division of Dental and
ENT Devices
OHT1: Office of Ophthalmic, Anesthesia,
Respiratory, ENT and Dental Devices
Office of Product Evaluation and Quality
Center for Devices and Radiological Health

Enclosure

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

# Indications for Use

Form Approved: OMB No. 0910-0120
Expiration Date: 06/30/2023
*See PRA Statement below.*

510(k) Number *(if known)*
K233850

Device Name
Difiney Anti Snoring Device

Indications for Use *(Describe)*
The Difiney Anti Snoring Device is intended to help reduce snoring in adults 18 years of age or older.

Type of Use *(Select one or both, as applicable)*

☐ Prescription Use (Part 21 CFR 801 Subpart D)   ☒ Over-The-Counter Use (21 CFR 801 Subpart C)

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

***DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

# 510(K) Summary
K233850

| | |
|---|---|
| **Type of submission** | Traditional |
| **Date prepared** | April 8, 2024 |

**Submission sponsor**

| | |
|---|---|
| Manufacturer Name | FISSIONTECH LLC |
| Address | 1 LIBERTY STREET,FLOOR 3, NEW YORK CITY NEW YORK 10006 |
| Tel | 314 475 4711 |
| Email | mike@everymarket.com |
| Contact Person | Mike Lee |

**Device identification**

| | |
|---|---|
| Trade Name | Difiney Anti Snoring Device |
| Regulation Number | 21 CFR 872.5570 |
| Regulation Name | Intraoral devices for snoring and intraoral devices for snoring and obstructive sleep apnea |
| Device Classification | Class II |
| Product Code | LRK |
| Panel | Dental |

**Application correspondent**

| | |
|---|---|
| Company Name | Shanghai Spica Management Consulting Co., Ltd. |
| Address | 609 Room, No.133 Shengang Avenue, Pudong New District, Shanghai, China |
| Tel | 86-13020102321 |
| Email | Libray@spicagloble.com |

# Summary

| | |
|---|---|
| Contact Person | Libray Chang |

**Predicate device information**

| | |
|---|---|
| Sponsor | Apnea Sciences Corporation |
| Trade/Device Name | SnoreRx |
| 510(K) number | K170285 |
| Regulation Number | 21 CFR 872.5570 |

**Indications for use**

The Difiney Anti Snoring device is intended to help reduce snoring in adults 18 years of age or older.

**Device description**

The Difiney Anti Snoring device is an intraoral device that is composed of an upper and lower intraoral trays with a handle that is used during the process of customizing the trays. The Difiney Anti Shoring device repositions the jaw anteriorly relative to the maxilla in order to increase the patient's pharyngeal space to improve the ability to exchange air and decrease air turbulence, a causative factor in snoring.

**Performance Testing - Clinical**

Not Applicable.

**Performance Testing - Animal**

Not Applicable.

**Technological Characteristic Comparison**

Provided below is a comparison of the subject device with the predicate device.

Table 14A: General Comparison

| **Item** | **Subject Device** | **Predicate Device** (K170285) | **Comparison** |
|---|---|---|---|
| Product Code | LRK | LRK | Same |
| Class | Class II | Class II | Same |
| Classification Name | Anti-Snoring Device | Anti-Snoring Device | Same |
| Proprietary Name | Difiney Anti Snoring Device | SnoreRx | / |
| Technological Features | Mandibular repositioning to advance the mandible relative to the maxilla to increase pharyngeal space. | Mandibular repositioning device that advances the lower jaw to increase pharyngeal space. | Similar |
| Intended Use | The Difiney Anti Snoring device is intended to help reduce snoring in adults 18 years of age or older. | Minimize air turbulence that causes snoring. Device is intended for OverThe-Counter use. | Similar |

| | | | |
|---|---|---|---|
| Materials | - Polycarbonate resin<br>- Ethylene vinyl acetate copolymer | - Polycarbonate resin<br>- Ethylene vinyl acetate copolymer | Same |
| Desirable Characteristics | Home use, heat sensitive / moldable, adjustable jaw advancement position | Home use, heat sensitive / moldable, adjustable jaw advancement position | Same |
| Specifications:<br>- Physical:<br>- Mechanical:<br>- Single use: | - Custom-fitted intraoral device<br>- Repositions mandible anteriorly up to 4 mm<br>- Reusable | - Custom-fitted intraoral device<br>- Repositions mandible anteriorly up to 6 mm<br>- Reusable | Similar |
| Sterility | Non-sterile | Non-sterile | Same |
| Biocompatibility | ISO 10993 | ISO 10993 | Same |

**Summary of Non-Clinical Testing**

Non-clinical tests were conducted to verify that the proposed device met all design specifications. The test results demonstrated that the proposed device complies with the following standards:

Biocompatibility test

- Bio-compatibility assessment was conducted in accordance with ISO 10993-1 Biological evaluation of medical devices - Part 1: Evaluation and testing within a risk management process.

Physical properties

- ASTM D790-17 for flexural strength and flexural modulus.

Summary

- ASTM D638-22 for Tensile Strength and Elongation at break.
- ASTM D570-22 for water absorption.
- ASTM D3418-21 for melting temperature.
- ASTM D792-20 for Density.

**Conclusion**

Based on the comparison of the indications for use, technical characteristics and performance, we find that the Difiney Anti Snoring Device is substantially equivalent to the predicate SnoreRx with 510(K) number K170285.

# EXHIBIT 2

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids




Roll over image to zoom in

**Ask Rufus**

Does it work for side sleepers? | Is it comfortable to wear? | Is it easy to clean? | Ask something else

# Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard - Effective Anti Snore Solution for Men and Women to Reclaim Peaceful Sleep (Blue)

Visit the Difiney Store

4.7 ★★★★☆ 26 ratings | Search this page

$39.98 ($39.98 / Count)

prime One-Day

**Coupon:** Apply $10 coupon Terms

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for Prime Visa.

Color: **Blue**

- Effective Snoring Reduction: Our advanced mouthpiece repositions your jaw slightly forward to open the airway, reducing snoring through a technique called maxillomandibular advancement. This increases airflow and minimizes the likelihood of airway obstruction, allowing both you and your partner to enjoy a peaceful night's sleep.
- Customizable for Maximum Comfort: Designed to fit any mouth, this mouth guard molds to the unique shape of your teeth and jaw for a personalized, secure fit. Simply follow the easy molding instructions to enjoy a snug, comfortable fit that stays in place all night long.
- FDA-Cleared Safety: Rest assured with an anti-snoring device that's FDA-cleared, meeting strict safety and efficacy standards. Our mouthpiece has undergone thorough evaluations and is officially cleared by the FDA, providing you with a trusted, high-quality solution for snoring
- Ideal for All Sleep Positions: Whether you sleep on your back, side, or stomach, our anti-snoring mouthpiece stays comfortably in place. It's designed to accommodate a wide range of mouth shapes and sizes, making it a perfect solution for men and women looking for restful sleep.
- Durable & Hygienic Design: Crafted from high-quality, medical-grade materials, this mouthpiece is both durable and easy to clean. It includes a convenient case for hygienic storage, ensuring it remains clean and safe for nightly use, night after night.

# EXHIBIT 3

Defendant 1:

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids





Roll over image to zoom in

Ask Rufus

Does it fit properly and stay in place?

Is it comfortable to wear for side sleepers?

Is it easy to clean and maintain?

Ask something else

## Anti Snoring Mouthpiece - Anti SnoringMouthpiece Device Mouth Guard,Snore Reduction Device for Men and Women, Comfortable Mouth Guard for Better Sleep, 1 Pack (Blue)-ZHA3

Brand: QOEARLO

4.8 ★★★★★ 24 ratings | Search this page

$24.99 ($24.99 / Count)

prime Two-Day

Coupon: Apply 15% coupon Terms

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for Prime Visa.

Size: **1 Pack**

Color: **White**

| | |
|---|---|
| **Brand** | QOEARLO |
| **Color** | White |
| **Manufacturer** | Fissiontech LLC |

**About this item**

- EFFECTIVE SNORING RELIEF: Experience a peaceful night's sleep with our advanced anti-snoring mouthpiece. Designed to tackle snoring and sleep apnea, this innovative solution ensures you and your partner can enjoy uninterrupted, deep rest. Wake up feeling rejuvenated, free from snoring disturbances.
- EASY TO USE: No complicated setup or uncomfortable straps—simply place the mouth guard in your mouth before bed. This user-friendly snoring mouthpiece works effortlessly to reduce snoring, promoting quieter, more comfortable sleep every night.
- SAFE & COMFORTABLE: Crafted from premium, soft, and non-irritating materials, our anti-snoring mouth guard meets international safety standards. Whether used for snoring, sleep apnea, or teeth grinding, it offers a snug fit and reliable protection for a restful experience.
- PORTABLE & VERSATILE: Lightweight and compact, this device is ideal for home use or travel. Perfect

Defendant 2:



Roll over image to zoom in

Ask Rufus

Does it fit properly for side sleepers? | Is it comfortable to wear for extended use?

Are there any potential side effects from using it? | Ask something else

Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for Men and Women - Customizable Adjustable Comfortable

Brand: FOTN

4.6 ★★★★☆ 19 ratings | Search this page

Lowest price in 30 days

-23% $22.99 ($22.99 / Count)

List Price: ~~$29.99~~

prime One-Day

FREE Returns

Coupon: Apply 10% coupon Terms

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for Prime Visa.

Color: **Blue**

- FDA-Cleared: Our Anti-Snoring Mouthpiece Device is rigorously tested and FDA-cleared, ensuring safety and efficacy for both men and women.
- Effective Snore Solution: Say goodbye to noisy nights with our anti-snoring device, designed to effectively reduce snoring and promote a peaceful sleep environment.
- Customizable Fit: With its customizable and adjustable design, our mouth guard ensures a comfortable fit tailored to your unique needs.
- Easy to Use: Simply insert the mouthpiece before sleep for instant relief from snoring. No complicated setup or uncomfortable straps – just effortless snore reduction.
- Comfort Guaranteed: Experience uninterrupted sleep with our comfortable anti-snoring solution. Wake up feeling refreshed and rejuvenated, ready to take on the day

# Product details

**Package Dimensions :** 3.5 x 3.35 x 1.42 inches; 3.53 ounces

**Date First Available :** January 21, 2025

**Manufacturer :** Fissiontech LLC

**ASIN :** B0DM257SXX

**Country of Origin :** USA

**Best Sellers Rank:** #133,356 in Health & Household (See Top 100 in Health & Household)
#340 in Snore Reducing Aids

**Customer Reviews:**
4.6 ★★★★☆ 19 ratings

Defendant 3:

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids




Roll over image to zoom in

Ask Rufus

Does it fit properly for side sleepers? | Is it adjustable for custom fit?

Can it be worn with dental appliances? | Ask something else

**2024 Anti Snoring Device-Anti SnoringMouthpiece Device Mouth Guard -EffectiveAnti Snore Solution for Men and Women -Customizable AdjustableComfortable, [1pcs] kk5**

Brand: Teklar

4.5 ★★★★☆ 42 ratings | Search this page

**600+ bought** in past month

-7% $27.89 ($27.89 / Count)

Typical price: ~~$29.89~~

prime Two-Day

**Coupon:** Apply 20% coupon Terms

Unlock a $100 Amazon Gift Card upon approval for Prime Visa.

Size: **1 Pack**

| | |
|---|---|
| **Brand** | Teklar |
| **Material** | Ethylene Vinyl Acetate (EVA) |
| **Color** | Blue |
| **Age Range (Description)** | Adult |
| **Manufacturer** | Fissiontech LLC |

**About this item**

- Better Sleep with Anti-Snoring Mouthguard: This anti-snoring mouth adjusts the position of the jaw and tongue, keeping the airways open and effectively preventing snoring, allowing both you and your partner to sleep soundly every night. As a snore mouth guard, it provides an effective solution for improving sleep quality.
- Effective & Portable: This anti-snore mouthguard effectively reduces snoring while preventing teeth

Defendant 4:

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids




Roll over image to zoom in

Ask Rufus

Does it fit properly for side sleepers?

Is it comfortable to wear for extended periods?

Are adjustments easy to make for a custom fit? | Ask something else

**2024 Anti Snoring Device-Anti SnoringMouthpiece Device Mouth Guard -EffectiveAnti Snore Solution for Men and Women -Customizable AdjustableComfortable, [1pcs] wwwwww1**

Brand: ALIKGI

1.7 ★☆☆☆☆ 6 ratings | Search this page

$34.99 ($34.99 / Count)

FREE Returns

Thank you for being a Prime member. Get a $100 Gift Card: Pay $0.00 upon approval for Prime Visa.

| | |
|---|---|
| **Brand** | ALIKGI |
| **Material** | Ethylene Vinyl Acetate (EVA) |
| **Color** | 1 |
| **Age Range (Description)** | Adult |
| **Manufacturer** | Fissiontech LLC |

**About this item**

- Better Sleep with Anti-Snoring Mouthguard: This anti-snoring mouth adjusts the position of the jaw and tongue, keeping the airways open and effectively preventing snoring, allowing both you and your partner to sleep soundly every night. As a snore mouth guard, it provides an effective solution for improving sleep quality.
- Effective & Portable: This anti-snore mouthguard effectively reduces snoring while preventing teeth grinding and clenching, improving sleep quality. Its simple design makes it suitable for most adults, significantly reducing snoring disruptions during sleep. It comes with a portable storage case for easy carrying and maintaining cleanliness, making it the perfect sleep mouth guard.

Defendant 5:



Roll over image to zoom in

Ask Rufus

Does it fit properly for side sleepers?

Is it customizable for individual comfort?

Are instructions included for adjustment? Ask something else

Anti Snoring Device-Anti Snoring Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for Men and Women - Customizable Adjustable Comfortable

Brand: Achelous

5.0 ★★★★★ 15 ratings | Search this page

$15.99

Get a $100 Amazon Gift Card instantly upon approval for Prime Visa. No annual fee.

| | |
|---|---|
| **Brand** | Achelous |
| **Material** | Plastic |
| **Color** | Blue |
| **Model Name** | 2024 |
| **Age Range (Description)** | Adult |

**About this item**

- FDA-Cleared: Our Anti-Snoring Device is rigorously tested and FDA-cleared, ensuring safety and efficacy for both men and women.
- Effective Snore Solution: Say goodbye to noisy nights with our anti-snoring device, designed to effectively reduce snoring and promote a peaceful sleep environment.
- Customizable Fit: With its customizable and adjustable design, our mouth guard ensures a comfortable fit tailored to your unique needs.
- Easy to Use: Simply insert the mouthpiece before sleep for instant relief from snoring. No complicated setup or uncomfortable straps – just effortless snore reduction.
- Comfort Guaranteed: Experience uninterrupted sleep with our comfortable anti-snoring solution. Wake up feeling refreshed and rejuvenated, ready to take on the day.

Report an issue with this product or seller

# Product details

**Package Dimensions :** 3.82 x 3.82 x 1.38 inches; 1.76 ounces

**Date First Available :** June 3, 2024

**Manufacturer :** Fissiontech LLC

**ASIN :** B0D5YYW8SP

**Best Sellers Rank:** #179,339 in Health & Household (See Top 100 in Health & Household)
#463 in Snore Reducing Aids

**Customer Reviews:**
5.0 ★★★★★ 15 ratings

Defendant 6:



Roll over image to zoom in

Ask Rufus

Does it fit properly for side sleepers?

Is it customizable for individual comfort?

Are instructions included for adjustment?

Ask something else

Anti Snoring Device-Anti Snoring Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for Men and Women - Customizable Adjustable Comfortable

Brand: Achelous

5.0 ★★★★★ 15 ratings | Search this page

$15.99

Get a $80 Amazon Gift Card instantly upon approval for the Prime Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Achelous |
| **Material** | Plastic |
| **Color** | Blue |
| **Model Name** | 2024 |
| **Age Range (Description)** | Adult |

**About this item**

- FDA-Cleared: Our Anti-Snoring Device is rigorously tested and FDA-cleared, ensuring safety and efficacy for both men and women.
- Effective Snore Solution: Say goodbye to noisy nights with our anti-snoring device, designed to effectively reduce snoring and promote a peaceful sleep environment.
- Customizable Fit: With its customizable and adjustable design, our mouth guard ensures a comfortable fit tailored to your unique needs.
- Easy to Use: Simply insert the mouthpiece before sleep for instant relief from snoring. No complicated setup or uncomfortable straps – just effortless snore reduction.
- Comfort Guaranteed: Experience uninterrupted sleep with our comfortable anti-snoring solution. Wake up feeling refreshed and rejuvenated, ready to take on the day.

Report an issue with this product or seller

## Product details

**Package Dimensions :** 3.82 x 3.82 x 1.38 inches; 1.76 ounces

**Date First Available :** June 3, 2024

**Manufacturer :** Fissiontech LLC

**ASIN :** B0D5YYW8SP

**Best Sellers Rank:** #179,339 in Health & Household (See Top 100 in Health & Household)
#463 in Snore Reducing Aids

**Customer Reviews:**
5.0 ★★★★★ 15 ratings

Defendant 7:



Roll over image to zoom in

Ask Rufus

Does it fit properly after molding?

Is it comfortable to wear for side sleepers?

Are instructions included for molding process?

Ask something else

Anti Snoring Device - Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for Men and Women - Customizable Adjustable Comfortable, Blue-s44

Brand: SHISUIZHE

3.2 ★★★☆☆ 31 ratings | Search this page

-20% $15.99 ($15.99 / Count)

Typical price: ~~$19.99~~

prime One-Day

Get $80 off instantly: Pay $0.00 ~~$15.99~~ upon approval for the Prime Store Card. No annual fee.

| | |
|---|---|
| **Brand** | SHISUIZHE |
| **Material** | Polycarbonate resin, Ethylene vinyl acetate copolymer |
| **Color** | Blue |
| **Model Name** | SHISUIZHE Anti Snoring Device |
| **Item dimensions L x W x H** | 1.77 x 0.63 x 1 inches |

Report an issue with this product or seller



**Same pharmacist window. Minus the window.**
Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private Try Amazon Pharmacy >

## Product details

**Product Dimensions :** 1.77 x 0.63 x 1 inches; 1.76 ounces

**Item model number :** SHISUIZHE

**Date First Available :** September 12, 2024

**Manufacturer :** Fissiontech LLC

**ASIN :** B0D5YY8835

**Best Sellers Rank:** #298,490 in Health & Household (See Top 100 in Health & Household)
#752 in Snore Reducing Aids

**Customer Reviews:**
3.2 ★★★☆☆ 31 ratings

Deliver to Mike Saint Ann 63074 | All | fissiontech llc | 月搜索量 -- | EN | Hello, Gavin Account & Lists | Returns & Orders | 0

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0DQC7DDBJ ☰ Sif 关键词 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing 销售额 | 均价 | BSR | FBA 费用 | 变体数 | 上架时间 | 1688找货源 | 查外观专利 |
|---|---|---|---|---|---|---|---|---|---|
| 9.5 | 61 | $1,829 | $29.99 | 44,088 | -- | 1 | 2024-12-11(118天) | | |

变体对比(1) Keepa插件替代 AI 评论分析 全站点售卖 反查出单词 变体流量对比 3D展示 展开

ASIN: B0DQC7DDBJ 收起
品牌: NLIEOPDA
卖家: chongqinghaorunyujidianshebeiyouxiangongs
配送: FBA 卖家: 1 加入产品库

#44,088 in Health & Household
#104 in Snore Reducing Aids

近30天销量(父体): 61 近30天销量(子体): N/A 销售额: $1,829
FBA费用: N/A 毛利率: 85% 变体数: 1

价格: $29.99 评分(评分数): 5.0(4) Q&A数: --

上架时间: 2024-12-11 (118天)

全部流量词: 108 自然搜索词: 49 广告流量词: 71
搜索推荐词: 0

关键词反查 广告洞察 关联流量 市场分析 Listing生成器 1688找货源 旺店通 Alibaba 历史销量 产品卖点 产品概要 优麦云 TikTok达人

品牌检测 AI评论分析 评论下载 主图下载 A+图片下载 评论图片下载

MI Trademark Check MI Popsockets Check
MI Tote Bag Check MI Pillows Check
MI Tumblers Check

卖家精灵-库存监控
剩余库存 1,237
$29.99 chongqi… 1,237
查看详细




Roll over image to zoom in

**Ask Rufus**
Does it fit properly for side sleepers?
Is it easy to clean and maintain?
Are there any potential side effects?
Ask something else

# Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for Men and Women - Customizable Adjustable Comfortable

Visit the NLIEOPDA Store
5.0 (4) | Search this page

$29.99 ($29.99 / Count)

Overnight

**Coupon:** Apply 10% coupon Terms

Pay ~~$29.99~~ **$0.00**; **get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

$29.99 ($29.99 / Count)

Overnight

FREE delivery **Overnight**
**4 AM - 8 AM**. Order within 3 hrs 49 mins

Shorter shipping distance

Deliver to Mike - Saint Ann 63074

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | chongqinghaorunyujidianshebeiyouxiangongs |
| Returns | This item is non-returnable |
| Gift options | Available at checkout |

See more

Add to List

点击登录 卖家精灵

Deliver to Mike
Saint Ann 63074
All
月搜索量 --
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

**变体流量对比** ☰ Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
|---|---|
| **Brand** | NLIEOPDA |
| **Color** | Blue |
| **Manufacturer** | Fissiontech LLC |
| **UPC** | 723269850215 |

## About this item

- "FDA-Cleared: Our Anti-Snoring Mouthpiece Device is rigorously tested and FDA-cleared, ensuring safety and efficacy for both men and women."
- "Effective Snore Solution: Say goodbye to noisy nights with our anti-snoring device, designed to effectively reduce snoring and promote a peaceful sleep environment."
- "Customizable Fit: With its customizable and adjustable design, our mouth guard ensures a comfortable fit tailored to your unique needs."
- Easy to Use: Simply insert the mouthpiece before sleep for instant relief from snoring. No complicated setup or uncomfortable straps – just effortless snore reduction.
- "Comfort Guaranteed: Experience uninterrupted sleep with our comfortable anti-snoring solution. Wake up feeling refreshed and rejuvenated, ready to take on the day."

Report an issue with this product or seller



**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

## Based on your recent views

Sponsored



SmartGuard Anti Snore Device. New Customizable Snore Reducing Mouthpiece…
1,016
$69.99 ($69.99 / Count)




Good Morning Snore Solution, Anti Snoring Device Mouthpiece Mouth Guard for Men…
258
$89.94 ($89.94 / Count)



Forzacx Anti Snore Chin Strap - Breathable Chin Strap Snoring Solution, Effectively…
1,563
$15.99 ($15.99 / Count)




ZQuiet Anti-Snoring Mouthpiece Solution - Comfort Size #2 (Single Device) + Cleaner…
780
$49.95 ($49.95 / Count)




Rhinomed Mute Nasal Dilator for Snore Reduction - Anti-Snoring Aid Solution - Breat…
16,690
$17.99 ($6.00 / Count)



Chin
Anti
Devi
Strap
$9.99 ($9.99 / Co

点击登录
卖家精灵

## Product Description

# NLIEOPDA

## Product details

**Date First Available :** December 13, 2024

**Manufacturer :** Fissiontech LLC

**ASIN :** B0DQC7DDBJ

**Best Sellers Rank:** #44,088 in Health & Household (See Top 100 in Health & Household)
#104 in Snore Reducing Aids

**Customer Reviews:**
5.0 (4)

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.



## Related products with free delivery Sponsored



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)



Senvok FSA HSA Choking Rescue Device, Choking Device for Kids and Adults, Portable ...
311
$39.99 ($39.99 / Count)
$37.99 with coupon




ZQuiet, Anti-Snoring Mouthpiece, Comfort Size #1, Single Refill, Clear, Made in USA…
7,753
$39.95 ($39.95 / Count)




Adjustable Anti Snoring Device: Custom Anti Snoring Mouthpiece for Snoring Relief -...
14
$31.99 ($31.99 / Count)
$25.59 with coupon




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon




ZQuiet, Anti-Sn… Mouthpiece, St… with 2 Sizes, Li… Hinge & Open…
8,…
-14% $59.95
($59.…
List:


点击登录
卖家精灵

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it fit properly for side sleepers?

Is it easy to clean and maintain?

Are there any potential side effects?

Is it suitable for people with dental work?

Does it help with sleep apnea symptoms?

4 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

Ben Hamilton

**Effective Results**

Reviewed in the United States on March 28, 2025

I'm still adjusting to sleeping with this device, and while it's a bit uncomfortable, my partner confirms it has reduced my snoring. I'm hopeful that with time, I'll get used to wearing it and forget it's even there.

Helpful Report

Jackie Swigart

**Effective for Snoring Husband!**

Reviewed in the United States on March 28, 2025

This product worked exceptionally well for my husband, who has snored since I met him. For the first time in forever, it was quiet at night!

Helpful Report

Marcy

**Effective and Easy to Use**

Reviewed in the United States on March 28, 2025

I quickly adapted to using it, and it adjusted to my mouth easily. I can sleep comfortably with it all night long.

One person found this helpful

Helpful Report

Audrey Santos

**Delighted that My Husband No Longer Snores!**

Reviewed in the United States on March 28, 2025

I purchased this for my husband, and it works even better than I anticipated! He no longer snores at night, which has greatly improved our sleep quality. The satisfaction guarantee provided reassurance, though we didn't need it as the molding process went smoothly and the mouthpiece fits his mouth perfectly!

One person found this helpful

Helpful Report

See more reviews ›

点击登录
卖家精灵

Deliver to Mike
Saint Ann 63074
All
月搜索量 --
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

点击登录

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbo
Designe
Fashion

卖家精灵

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

Deliver to Mike
Saint Ann 63074

All

月搜索量 --

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

点击登录

卖家精灵

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care | Search Amazon

EN | Hello, Gavin Account & Lists | Returns & Orders | 0

All | Rufus | Amazon Haul | Same-Day Delivery | Medical Care | Alexa+ | Best Sellers | Amazon Basics | Groceries | Buy Again | Keep Shopping For

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0DS76RJR6 | Sif 关键词 | 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing 销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 | 1688找货源 | 查外观专利 |
|---|---|---|---|---|---|---|---|---|---|
| 9.5 | 972 | $36,926 | $39.99 | 91,254 | $3.68 | 1 | 2024-12-31(98天) | | |

变体对比(1) | Keepa插件替代 AI | AI评论分析 | 全站点售卖 | 反查出单词 | 变体流量对比 | 3D展示 | 展开





Roll over image to zoom in

**Ask Rufus**

- Does it fit properly and stay in place?
- Is it comfortable to wear for side sleepers?
- Is it easy to clean and maintain?
- Ask something else

ASIN: B0DS76RJR6 收起
品牌: QOEARLO 卖家: Best service-zth
配送: FBA 卖家: 1 加入产品库

#91,254 in Health & Household
#237 in Snore Reducing Aids

近30天销量(父体): 972 近30天销量(子体): 600+
销售额: $36,926 FBA费用: $3.68 毛利率: 75% 变体数: 1

价格: $39.99 评分(评分数): 3.8(57) Q&A数: --

商品重量: 0.11 pounds (49.90 g)
商品尺寸: 3.3 x 1.1 x 3.5 inches 包装重量: 0.11 pounds (49.90 g)
包装尺寸: 3.5 x 3.3 x 1.3 inches (大号标准尺寸)
上架时间: 2024-12-31 (98天)

全部流量词: 0 自然搜索词: 0 广告流量词: 0 搜索推荐词: 0

关键词反查 | 广告洞察 | 关联流量 | 市场分析 | Listing生成器 | 1688找货源 | 旺店通 | Alibaba | 历史销量 | 产品卖点 | 产品概要 | 优麦云 | TikTok达人

品牌检测 | AI评论分析 | 评论下载 | 主图下载 | A+图片下载 | 评论图片下载

MI Trademark Check | MI Popsockets Check
MI Tote Bag Check | MI Pillows Check
MI Tumblers Check

# Anti Snoring Mouthpiece - Anti SnoringMouthpiece Device Mouth Guard,Snore Reduction Device for Men and Women, Comfortable Mouth Guard for Better Sleep, 2 Pack (Blue)

Brand: QOEARLO
3.8 (57) | Search this page
**600+ bought** in past month

卖家精灵-库存监控
剩余库存
查看详细

$39.99 ($39.99 / Count)

FREE delivery **April 16 - 20** for Prime members

Deliver to Mike - Saint Ann 63074

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Best service-zth |
| Returns | This item is non-returnable |
| Gift options | Available at checkout |

See more

Add to List

点击登录
卖家精灵

$39.99 ($39.99 / Count)

Coupon: Apply 20% coupon Terms

Pay ~~$39.99~~ **$0.00**; **get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**主要流量词** ☰ Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

Model: **QOEARLO-2PK**

Size: **2 Pack**

**变体流量对比** ☰ Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
|---|---|
| **Brand** | QOEARLO |
| **Color** | White |
| **Item dimensions L x W x H** | 3.34 x 1.18 x 3.54 inches |
| **Manufacturer** | Fissiontech LLC |

## About this item

- EFFECTIVE SNORING RELIEF: Experience a peaceful night's sleep with our advanced anti-snoring mouthpiece. Designed to tackle snoring and sleep apnea, this innovative solution ensures you and your partner can enjoy uninterrupted, deep rest. Wake up feeling rejuvenated, free from snoring disturbances.
- Patented Design For Comfort: Our anti-snoring devices are patented and ergonomically fitted to ensure the most comfortable experience during sleep. Lightweight and portable, you can enjoy a restful night's sleep at home or on business.
- Safe Material, No Side Effects: Our anti-snoring device is made of high quality medical silicone material, non-toxic and harmless, so you can rest assured that you can use it. It does not contain harmful substances, avoids irritation to the mouth and respiratory tract, and allows you to enjoy a healthy and safe sleep.
- Customer First, Intimate After-sales: We promise to provide you with quality after-sales service. Purchase our anti-snoring device and you will enjoy a one-year warranty. If you have any questions, please feel free to contact us, we will be happy to answer and deal with you.
- Easy To Clean, Hygienic And Convenient: Snore stopper design is simple, easy to clean and keep hygienic. After each use, simply rinse with water to keep it clean. Lightweight and portable, so you can use it anytime, anywhere.

Report an issue with this product or seller

点击登录

卖家精灵

## Similar item with fast delivery



Anti-Snoring Mouthpiece, Anti-Snoring Mouth Guard, Anti-Snoring Devices Reusable Snoring Solution for Men/Women Sleep Better
(7)
$25.99 ($25.99/Count)



**Same pharmacist window. Minus the window.**
Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >


## Frequently bought together



+




Total price: $48.87

Add both to Cart

Some of these items ship sooner than the others.
Show details

**This item:** Anti Snoring Mouthpiece - Anti SnoringMouthpiece Device Mou…
$39.99 ($39.99/Count)

Anti Snoring Devices(8 Pack),Silicone Magnetic Stop Snoring Solution,Snoring Devic…
$8.88 ($1.11/Count)

## Products related to this item Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)

$33.98 with coupon



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro...
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~




VitalSleep Anti Snoring Mouthpiece, Men's Size Adjustable Snore Mouth Guard for Bet...
66
$69.95 ($69.95 / Count)



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti Mouthpiece, Comfortable & Adjustable Sno
2,
$69.95 ($69.95 /

## Product Description

## Product details

**Product Dimensions :** 3.34 x 1.18 x 3.54 inches; 1.76 ounces

**Item model number :** QOEARLO-2PK

**Date First Available :** January 2, 2025

**Manufacturer :** Fissiontech LLC

**ASIN :** B0DS2RGYB7

**Best Sellers Rank:** #91,254 in Health & Household (See Top 100 in Health & Household)
#237 in Snore Reducing Aids

**Customer Reviews:**
3.8 (57)

点击登录
卖家精灵

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro...
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti-Snoring Mouthpiece, Comfortable & Adjustable Snore…
2,194
$69.95 ($69.95 / Count)



Anti Snoring De Adjustable Anti Device Mouth G Anti Snoring De
23
$29.95 ($29.95 /

## Similar brands on Amazon

Sponsored






VitalSleep Anti-Snoring Mouthpiece, Comfortable & Adjustable Snore Guar…
3.2 2,194
$69.95







Vapor Soothers by Scenttech, Snore Reducing- Anti Snoring Aid, Nasal…
4.2 2,918
$19.99





ZYPPAH An Clinically Pr
2.4
$99.95

## Looking for specific info?

Ask Rufus or search reviews and Q&A

点击登录

Does it fit properly and stay in place? Is it comfortable to wear for side sleepers? Is it easy to clean and maintain?

Does it reduce snoring effectively? Are there any potential side effects?

卖家精灵

## Customer reviews

3.8 out of 5

57 global ratings

5 star 66%

4 star 7%

## Customers say

Customers report that the mouth guard effectively decreases snoring and helps them sleep well.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Snoring prevention | ✓ Functionality

| | | |
|---|---|---|
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 27% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images

See all photos ›



## Top reviews from the United States

Sofia

**Recommend !!**

Reviewed in the United States on March 19, 2025

Verified Purchase

Gurll get this for your man ! My man be shaking the house but ever sense I got him this it has reduced his snoring 10/10 recommend :)

Helpful Report

Reno

**NOT for sleep apnea as advertised**

Reviewed in the United States on April 6, 2025

Model: QOEARLO-2PK Size: 2 Pack Verified Purchase

DO NOT purchase this for sleep apnea without asking your doctor first. It is NOT returnable. I think it's incredibly irresponsible to advertise this as an effective treatment for a serious medical condition.

Helpful Report

Tabitha Holtzclaw

**Mouth guard**

Reviewed in the United States on March 28, 2025

Verified Purchase

Works really great has helped my husband a lot he barley snore now very great product and very well made

Helpful Report

Jack Jiang

**Solving the sleep problem is a treasure.**

Reviewed in the United States on February 17, 2025

Verified Purchase

My wife and I both have the problem of snoring at night, and one of us often can't fall asleep because of snoring. After buying this and trying it for two days, my wife said that she finally can't hear my snoring and can sleep well. At the same time, it is comfortable to wear and does not affect sleep. There is no other bad smell in the mouth after waking up.

Helpful Report

点击登录
卖家精灵

Kelly Y

**Definitely worked for me.**

Reviewed in the United States on February 1, 2025

Verified Purchase

It helps with my snoring issue,This mouthpiece has been the best solution for my snoring problems. In addition to its anti-snoring function, it helps me with an additional problem, which is that I clench my teeth while I sleep, which has consequences for my teeth. I've been using this for a while now. I was concerned about the comfort, but after wearing it for a few minutes, it's practically not noticeable in my mouth, and the best thing is that it doesn't leave an unpleasant smell after hours of wearing it.

4 people found this helpful

Helpful Report

Michael Santi

**Does not work!**

Reviewed in the United States on April 2, 2025

Model: QOEARLO-2PK Size: 2 Pack **Verified Purchase**

Do not buy. Hurts tongue and gums. Does not allow for lower jaw to move forward hense, does not stop snoring or apnea. I lost more sleep trying to keep this mouthpiece in place.

Helpful Report

Klapn

**Easy to use**

Reviewed in the United States on February 5, 2025

**Verified Purchase**

Product is very easy to use. Instructions are well written a good value for the money and it does decrease snoring. Ensure that you don't have an underlying cause such as apnea for the snoring, but if it is just the snoring, this is a great solution to get a better nights rest.

Helpful Report

Sam H.

**Works for me**

Reviewed in the United States on February 10, 2025

**Verified Purchase**

It's works perfectly for me, reducing 80% of my snoring. I need couple of days to get used to. Now I am wearing it very night.

Helpful Report

**See more reviews ›**

点击登录
卖家精灵

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English
United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Find Movie Box Office
点击登录
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Br
卖家精灵
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America’s Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录
卖家精灵

Deliver to Mike Saint Ann 63074 | Health, Household & Baby Care | Search Amazon | EN | Hello, Gavin Account & Lists | Returns & Orders | 0

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0DS2S8YZM | Sif 关键词 | 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing 销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 | | |
|---|---|---|---|---|---|---|---|---|---|
| 9.5 | 505 | $15,145 | $39.99 | 91,254 | $3.68 | 1 | 2025-01-01(97天) | 1688找货源 | 查外观专利 |

变体对比(1) | Keepa插件替代 AI | AI评论分析 | 全站点售卖 | 反查出单词 | 变体流量对比 | 3D展示 | 展开





Roll over image to zoom in

ASIN: B0DS2S8YZM 收起

品牌: QOEARLO 卖家: Best service-zth

配送: FBA 卖家: 1 加入产品库

#91,254 in Health & Household

#237 in Snore Reducing Aids

近30天销量(父体): 505 近30天销量(子体): 600+

销售额: $15,145 FBA费用: $3.68 毛利率: 73% 变体数: 1

价格: $39.99 评分(评分数): 3.8(57) Q&A数: --

商品重量: 1.76 ounces (49.90 g)

商品尺寸: 3.46 x 3.35 x 1.26 inches

包装重量: 0.11 pounds (49.90 g)

包装尺寸: 3.5 x 3.3 x 1.3 inches (大号标准尺寸)

上架时间: 2025-01-01 (97天)

全部流量词: 1 自然搜索词: 1 广告流量词: 0 搜索推荐词: 0

关键词反查 | 广告洞察 | 关联流量 | 市场分析 | Listing生成器 | 1688找货源 | 旺店通 | Alibaba | 历史销量 | 产品卖点 | 产品概要 | 优麦云 | TikTok达人

品牌检测 | AI评论分析 | 评论下载 | 主图下载 | A+图片下载 | 评论图片下载

MI Trademark Check | MI Popsockets Check | MI Tote Bag Check | MI Pillows Check | MI Tumblers Check

卖家精灵-库存监控

剩余库存 32

$39.99 Best serv… 32

查看详细

$39.99 ($39.99 / Count)

FREE delivery **April 16 - 20** for Prime members

Deliver to Mike - Saint Ann 63074

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Best service-zth |
| Returns | This item is non-returnable |
| Gift options | Available at checkout |

See more

Add to List

点击登录

卖家精灵

**Ask Rufus**

- Does it fit properly and stay in place?
- Is it comfortable to wear for side sleepers?
- Is it easy to clean and maintain?
- Ask something else

# Anti Snoring Mouthpiece - Anti SnoringMouthpiece Device Mouth Guard,Snore Reduction Device for Men and Women, Comfortable Mouth Guard for Better Sleep, 2 Pack (Blue)

Brand: QOEARLO

3.8 (57) | Search this page

**600+ bought** in past month

$39.99 ($39.99 / Count)

for the Amazon Business Prime Card. Terms apply. Learn more

**主要流量词** ☰ Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

Model: **QOEARLO-2PK**

Size: **2 Pack**

**变体流量对比** ☰ Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
|---|---|
| **Brand** | QOEARLO |
| **Color** | White |
| **Item dimensions L x W x H** | 3.34 x 1.18 x 3.54 inches |
| **Manufacturer** | Fissiontech LLC |

## About this item

- EFFECTIVE SNORING RELIEF: Experience a peaceful night's sleep with our advanced anti-snoring mouthpiece. Designed to tackle snoring and sleep apnea, this innovative solution ensures you and your partner can enjoy uninterrupted, deep rest. Wake up feeling rejuvenated, free from snoring disturbances.
- Patented Design For Comfort: Our anti-snoring devices are patented and ergonomically fitted to ensure the most comfortable experience during sleep. Lightweight and portable, you can enjoy a restful night's sleep at home or on business.
- Safe Material, No Side Effects: Our anti-snoring device is made of high quality medical silicone material, non-toxic and harmless, so you can rest assured that you can use it. It does not contain harmful substances, avoids irritation to the mouth and respiratory tract, and allows you to enjoy a healthy and safe sleep.
- Customer First, Intimate After-sales: We promise to provide you with quality after-sales service. Purchase our anti-snoring device and you will enjoy a one-year warranty. If you have any questions, please feel free to contact us, we will be happy to answer and deal with you.
- Easy To Clean, Hygienic And Convenient: Snore stopper design is simple, easy to clean and keep hygienic. After each use, simply rinse with water to keep it clean. Lightweight and portable, so you can use it anytime, anywhere.

Report an issue with this product or seller

## Similar item with fast delivery



Anti-Snoring Mouthpiece, Anti-Snoring Mouth Guard, Anti-Snoring Devices Reusable Snoring Solution for Men/Women Sleep Better
(7)
$25.99 ($25.99/Count)

点击登录

卖家精灵

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0



over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

## Frequently bought together



+




Total price: $48.87

Add both to Cart

Some of these items ship sooner than the others.
Show details

**This item:** Anti Snoring Mouthpiece - Anti SnoringMouthpiece Device Mou…
$39.99 ($39.99/Count)

Anti Snoring Devices(8 Pack),Silicone Magnetic Stop Snoring Solution,Snoring Devic…
$8.88 ($1.11/Count)

## Products related to this item Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~




VitalSleep Anti Snoring Mouthpiece, Men's Size Adjustable Snore Mouth Guard for Bet…
66
$69.95 ($69.95 / Count)



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti Mouthpiece, Comfortable & Adjustable Sno
2,
$69.95 ($69.95 /

## Product Description

## Product details

- **Product Dimensions :** 3.34 x 1.18 x 3.54 inches; 1.76 ounces
- **Item model number :** QOEARLO-2PK
- **Date First Available :** January 2, 2025
- **Manufacturer :** Fissiontech LLC
- **ASIN :** B0DS2RGYB7
- **Best Sellers Rank:** #91,254 in Health & Household (See Top 100 in Health & Household)
  #237 in Snore Reducing Aids
- **Customer Reviews:**
  3.8 (57)

点击登录
卖家精灵

## Videos

Help others learn more about this product by uploading a video!

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery

Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti-Snoring Mouthpiece, Comfortable & Adjustable Snore…
2,194
$69.95 ($69.95 / Count)



Anti Snoring De… Adjustable Anti… Device Mouth G… Anti Snoring De…
23…
$29.95 ($29.95 /…

## Similar brands on Amazon

Sponsored






ZYPPAH Anti Snoring Mouth Guard – Clinically Proven 91% Effective Snore…
2.4 2,057
$99.95






Piegricdiat Anti-Snoring Mouth Guard
4.3 33
$26.90







Vapor Sooth… Reducing- A…
4.2
$19.99

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it fit properly and stay in place?
Is it comfortable to wear for side sleepers?
Is it easy to clean and maintain?
Does it reduce snoring effectively?
Are there any potential side effects?

点击登录
卖家精灵

## Customer reviews

3.8 out of 5

57 global ratings

5 star 66%

4 star 7%

## Customers say

Customers report that the mouth guard effectively decreases snoring and helps them sleep well.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Snoring prevention | ✓ Functionality

Case 1:25-cv-03174-KPF Document 5-2 Filed 04/23/25 Page 39 of 104



1 star 27%

How customer reviews and ratings work



## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

Sofia

**Recommend !!**
Reviewed in the United States on March 19, 2025
Verified Purchase
Gurll get this for your man ! My man be shaking the house but ever sense I got him this it has reduced his snoring 10/10 recommend :)

Helpful Report

Reno

**NOT for sleep apnea as advertised**
Reviewed in the United States on April 6, 2025
Model: QOEARLO-2PK Size: 2 Pack Verified Purchase
DO NOT purchase this for sleep apnea without asking your doctor first. It is NOT returnable. I think it's incredibly irresponsible to advertise this as an effective treatment for a serious medical condition.

Helpful Report

Tabitha Holtzclaw

**Mouth guard**
Reviewed in the United States on March 28, 2025
Verified Purchase
Works really great has helped my husband a lot he barley snore now very great product and very well made

Helpful Report

Jack Jiang

**Solving the sleep problem is a treasure.**
Reviewed in the United States on February 17, 2025
Verified Purchase
My wife and I both have the problem of snoring at night, and one of us often can't fall asleep because of snoring. After buying this and trying it for two days, my wife said that she finally can't hear my snoring and can sleep well. At the same time, it is comfortable to wear and does not affect sleep. There is no other bad smell in the mouth after waking up.

Helpful Report

点击登录
卖家精灵

Kelly Y

**Definitely worked for me.**
Reviewed in the United States on February 1, 2025
Verified Purchase
It helps with my snoring issue,This mouthpiece has been the best solution for my snoring problems. In addition to its anti-snoring function, it helps me with an additional problem, which is that I clench my teeth while I sleep, which has consequences for my teeth. I've been using this for a while now. I was concerned about the comfort, but after wearing it for a few minutes, it's practically not noticeable in my mouth, and the best thing is that it doesn't leave an unpleasant smell after hours of wearing it.

Case 1:25-cv-03174-KPF Document 5-2 Filed 04/23/25 Page 40 of 104

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

4 people found this helpful

Helpful Report

Michael Santi

**Does not work!**

Reviewed in the United States on April 2, 2025

Model: QOEARLO-2PK Size: 2 Pack **Verified Purchase**

Do not buy. Hurts tongue and gums. Does not allow for lower jaw to move forward hense, does not stop snoring or apnea. I lost more sleep trying to keep this mouthpiece in place.

Helpful Report

Klapn

**Easy to use**

Reviewed in the United States on February 5, 2025

**Verified Purchase**

Product is very easy to use. Instructions are well written a good value for the money and it does decrease snoring. Ensure that you don't have an underlying cause such as apnea for the snoring, but if it is just the snoring, this is a great solution to get a better nights rest.

Helpful Report

Sam H.

**Works for me**

Reviewed in the United States on February 10, 2025

**Verified Purchase**

It's works perfectly for me, reducing 80% of my snoring. I need couple of days to get used to. Now I am wearing it very night.

Helpful Report

**See more reviews ›**

点击登录

卖家精灵

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

your door

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录

卖家精灵

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

Search Amazon

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0DS2SVCX1

Sif 关键词 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing 销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 | 1688找货源 | 查外观专利 |
|---|---|---|---|---|---|---|---|---|---|
| 8.6 | 267 | $6,672 | $24.99 | 215,144 | $3.68 | 1 | 2024-12-31(98天) | | |

变体对比(1) Keepa插件替代 AI AI评论分析 全站点售卖 反查出单词 变体流量对比 3D展示 展开





Roll over image to zoom in

ASIN: B0DS2SVCX1 收起
品牌: QOEARLO 卖家: Best service-zth
配送: FBA 卖家: 1 加入产品库
#215,144 in Health & Household
#572 in Snore Reducing Aids
近30天销量(父体): 267 近30天销量(子体): N/A
销售额: $6,672 FBA费用: $3.68 毛利率: 70% 变体数: 1
价格: $24.99 评分(评分数): 2.0(5) Q&A数: --
商品重量: 1.76 ounces (49.90 g)
商品尺寸: 3.46 x 3.35 x 1.34 inches
包装重量: 0.11 pounds (49.90 g)
包装尺寸: 3.5 x 3.3 x 1.3 inches (大号标准尺寸)
上架时间: 2024-12-31 (98天)
全部流量词: 364 自然搜索词: 319 广告流量词: 121
搜索推荐词: 0

关键词反查 广告洞察 关联流量 市场分析 Listing生成器 1688找货源 旺店通 Alibaba 历史销量 产品卖点 产品概要 优麦云 TikTok达人

品牌检测 AI评论分析 评论下载 主图下载 A+图片下载 评论图片下载

MI Trademark Check MI Popsockets Check
MI Tote Bag Check MI Pillows Check
MI Tumblers Check

卖家精灵-库存监控
剩余库存 429
$24.99 Best serv… 429
查看详细

$24.99 ($24.99 / Count)

One-Day

FREE delivery **Tomorrow, April 9**

Or FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within 3 hrs 49 mins

Shorter shipping distance

Deliver to Mike - Saint Ann 63074

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by Best service-zth
Returns This item is non-returnable
Gift options Availal

点击登录

See more

Add to List

卖家精灵

Ask Rufus

Does it fit properly for side sleepers?

Is it suitable for people with dentures?

Is it comfortable to wear for long hours?

Ask something else

# Anti Snoring Mouthpiece - Anti SnoringMouthpiece Device Mouth Guard,Snore Reduction Device for Men and Women, Comfortable Mouth Guard for Better Sleep, 1 Pack (Blue)-ZHA3

Brand: QOEARLO

2.0 (5) | Search this page

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

One-Day

Pay ~~$24.99~~ $0.00; get a $125 Amazon Gift Card upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**主要流量词** ☰ Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

**变体流量对比** ☰ Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
|---|---|
| **Brand** | QOEARLO |
| **Color** | White |
| **Manufacturer** | Fissiontech LLC |

## About this item

- EFFECTIVE SNORING RELIEF: Experience a peaceful night's sleep with our advanced anti-snoring mouthpiece. Designed to tackle snoring and sleep apnea, this innovative solution ensures you and your partner can enjoy uninterrupted, deep rest. Wake up feeling rejuvenated, free from snoring disturbances.
- EASY TO USE: No complicated setup or uncomfortable straps—simply place the mouth guard in your mouth before bed. This user-friendly snoring mouthpiece works effortlessly to reduce snoring, promoting quieter, more comfortable sleep every night.
- SAFE & COMFORTABLE: Crafted from premium, soft, and non-irritating materials, our anti-snoring mouth guard meets international safety standards. Whether used for snoring, sleep apnea, or teeth grinding, it offers a snug fit and reliable protection for a restful experience.
- PORTABLE & VERSATILE: Lightweight and compact, this device is ideal for home use or travel. Perfect for a variety of needs, including as an anti-snoring mouthpiece, sleep apnea solution, or teeth-grinding guard, it adapts to your lifestyle with ease.
- PREMIUM CUSTOMER SUPPORT: We are committed to providing high-quality products and exceptional customer service. Our professional support team is available 24/7 to assist with any inquiries about snoring solutions, sleep apnea devices, and more.

Report an issue with this product or seller



**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

点击登录

卖家精灵

## Buy it with



+




Total price: $33.62

Add both to Cart

Deliver to Mike Saint Ann 63074 | Health, Household & Baby Care | EN | Hello, Gavin Account & Lists | Returns & Orders | 0

SnoringMouthpiece Device Mou… $24.99 ($24.99/Count)

Relieve Nose Congestion, Tan, 3… $8.63 ($0.29/Count)

## Products related to this item Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
-14% $59.95 ($59.95 / Count)
List: ~~$69.95~~




ZQuiet, Anti-Snoring Mouthpiece, Comfort Size #1, Single Refill, Blue, Made in USA,…
7,753
$39.95 ($39.95 / Count)



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)




Anti Snoring De Adjustable Anti Device Mouth G Anti Snoring De
23
$29.95 ($29.95 /

## Product Description

**anti snoring devices**

**snoring mouth guard**

**anti snoring mouthpiece**

**anti snoring**

**snoring solution**

## Product details

**Package Dimensions :** 3.46 x 3.35 x 1.34 inches; 1.76 ounces

**Date First Available :** January 2, 2025

**Manufacturer :** Fissiontech LLC

**ASIN :** B0DS2SVCX1

**Best Sellers Rank:** #215,144 in Health & Household (See Top 100 in Health & Household)
#572 in Snore Reducing Aids

**Customer Reviews:**
2.0 (5)

## Videos

Help others learn more about this product by uploading a video!

Upload your video

点击登录

卖家精灵

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery Sponsored

Deliver to Mike
Saint Ann 63074 | Health, Household & Baby Care | EN | Hello, Gavin Account & Lists | Returns & Orders | 0



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)



Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon



ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti-Snoring Mouthpiece, Comfortable & Adjustable Snore…
2,194
$69.95 ($69.95 / Count)



Anti Snoring De Adjustable Anti Device Mouth G Anti Snoring De
23
$29.95 ($29.95 /

## Similar brands on Amazon

Sponsored






VitalSleep Anti-Snoring Mouthpiece, Comfortable & Adjustable Snore Guar…
3.2 2,194
$69.95






Asonor Snoring Nasal Spray - Fast Snore Stopper Drops for Better Sleep, Natur…
3.3 7,107
$19.95 List: ~~$20.95~~






Vapor Sootl Reducing- A
4.2
$19.99

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it fit properly for side sleepers? Is it suitable for people with dentures? Is it comfortable to wear for long hours?

Are there any adjustments for a customized fit? Is it easy to clean and maintain?

## Customer reviews

2 out of 5

5 global ratings

| | |
|---|---|
| 5 star | 26% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 74% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

Translate all reviews to English

ROBERTO CHAVEZ TORRES

**NO BOTES TU DINERO**

Reviewed in the United States on March 26, 2025

Verified Purchase

Muy malo, la verdad no me sirvió pensé que retenía la mordida, pero por lo general las perso roncamos abrimos la boca y al hacerlo dormidos el protector bucal se cae y uno ronca igual qu

点击登录 卖家精灵

Helpful Report

Translate review to English

Sugeidy Soto

**it is useless**

Reviewed in the United States on March 23, 2025

Verified Purchase

Helpful Report

Amazon Customer

**Follow the instructions** 👍🏻

Reviewed in the United States on March 27, 2025

Verified Purchase

I bought mine this month and mine works great. I've used bigger name brands and have spent a lot more money than this one. Don't over heat this product and it works great. Mine fits my big mouth nicely. Follow the instructions and mold it to your mouth. I've been using it for a week now and it hasn't fallen out yet while sleeping.

Helpful Report

Amazon Customer

**Garbage don't buy**

Reviewed in the United States on March 20, 2025

Verified Purchase

If I could've given less stars, I would've you cannot return this item so don't bother buying it. It doesn't work. It's just a junk piece of plastic.

Helpful Report

cazlyn7

**Don't waste your $$$**

Reviewed in the United States on March 30, 2025

Verified Purchase

Not as advertised. Please don't waste your money. It says originally it was returnable too. Guess what. It's not.

Helpful Report

See more reviews ›

点击登录
卖家精灵

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Secu… for Every H…

点击登录
卖家精灵

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to Mike Saint Ann 63074 | Health, Household & Baby Care | Search Amazon | EN | Hello, Gavin Account & Lists | Returns & Orders | 0

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0DQW9M4NG | Sif 关键词 | 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 | 1688找货源 | 查外观专利 |
|---|---|---|---|---|---|---|---|---|---|
| 8.0 | -- | -- | $31.99 | -- | -- | 1 | 2024-12-19(110天) | | |

变体对比(1) | Keepa插件替代 AI | AI评论分析 | 全站点售卖 | 反查出单词 | 变体流量对比 | 3D展示 | 展开

ASIN: B0DQW9M4NG 收起
品牌: **Teklar** 卖家: **ZIFHSIGPSIPO**
配送: FBA 卖家: 1 加入产品库

近30天销量(父体): N/A 近30天销量(子体): N/A 销售额: N/A
FBA费用: N/A 毛利率: N/A 变体数: 1

价格: $31.99 评分(评分数): N/A(N/A) Q&A数: --

上架时间: 2024-12-19 (110天)

全部流量词: 6 自然搜索词: 6 广告流量词: 0 搜索推荐词: 0

关键词反查 | 广告洞察 | 关联流量 | 市场分析 | Listing生成器 | 1688找货源 | 旺店通 | Alibaba | 历史销量 | 产品卖点 | 产品概要 | 优麦云 | TikTok达人

品牌检测 | 主图下载 | A+图片下载 | 评论图片下载 | 关联视频下载

MI Trademark Check | MI Popsockets Check | MI Tote Bag Check | MI Pillows Check | MI Tumblers Check

卖家精灵-库存监控
剩余库存
查看详细

$31.99 ($31.99 / Count)
One-Day
FREE delivery **Tomorrow, April 9**. Order within 1 hr 4 mins
Shorter shipping distance
Deliver to Mike - Saint Ann 63074

## In Stock

Quantity: 1
Add to Cart
Buy Now

Ships from Amazon
Sold by ZIFHSIGPSIPO
Returns This item is non-returnable
Gift options Available at checkout
See more

Add to List

点击登录
卖家精灵




Roll over image to zoom in

# Snoring Device-Anti outhpiece Device Mouth fectiveAnti Snore Solution nd Women -Customizable eComfortable, [1pcs] kkk8

$31.99 ($31.99 / Count)
One-Day

Pay ~~$31.99~~ **$0.00**; **get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

**Ask Rufus**
Does it fit properly for side sleepers?

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

Ask something else

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
|---|---|
| **Brand** | Teklar |
| **Color** | Blue |
| **Manufacturer** | Fissiontech LLC |
| **UPC** | 791986189949 |

## About this item

- Better Sleep with Anti-Snoring Mouthguard: This anti-snoring mouth adjusts the position of the jaw and tongue, keeping the airways open and effectively preventing snoring, allowing both you and your partner to sleep soundly every night. As a snore mouth guard, it provides an effective solution for improving sleep quality.
- Effective & Portable: This anti-snore mouthguard effectively reduces snoring while preventing teeth grinding and clenching, improving sleep quality. Its simple design makes it suitable for most adults, significantly reducing snoring disruptions during sleep. It comes with a portable storage case for easy carrying and maintaining cleanliness, making it the perfect sleep mouth guard.
- Customizable Adjustable Fit: This mouth guard anti snoring features an adjustable design, offering a perfect fit tailored to your mouth shape for maximum comfort. It's the ideal mouth guard for sleeping, helping to improve sleep quality and reduce snoring.
- Snoring Device Recommended: This stop snoring mouthpiece is recommended by dentists and doctors, designed specifically for adults to effectively reduce snoring. Not suitable for those wearing braces or dentures, it is ideal for adults with healthy gums and teeth, helping you snore away the disruptions to your sleep.
- Easy to Wear & Sleep Improvement:This anti-snoring mouthpiece and anti-snoring mouth guard are easy to wear and can be adjusted for a personalized fit, effectively enhancing your sleep quality.

Report an issue with this product or seller



**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >


## Buy it with




+




+




点击登录

Total price: $58.61

Add all 3 to Cart

卖家精灵

These items are shipped from and sold by different sellers.
Show details

**This item:** 2024 Anti Snoring Device-Anti SnoringMouthpiece Device Mouth Guard -… $31.99 ($31.99/Count)

Breathe Right Original Nose Strips to Reduce Snoring and Relieve Nose Congestion, Tan, 3… $8.63 ($0.29/Count)

Rhinomed Mute Nasal Dilator for Snore Reduction - Anti-Snoring Aid Solution - Breathing Aids fo… $17.99 ($6.00/Count)

## Products related to this item

Sponsored

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0



Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon



ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
$59.95 ($59.95 / Count)



2024 Anti Snoring Device-Anti SnoringMouthpiece Device Mouth Guard…
42
$29.99 ($29.99 / Count)



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti-Snoring Mouthpiece, Women's Size Snoring Solution, Customizable Ant…
66
$69.95 ($69.95 / Count)



Anti Snoring De FDA-Cleared Ar Snoring Mouth Device Mouth (
4
$29.99 ($29.99 /
$26.99 with coup

## Product Description

## Product details

**Package Dimensions** : 3.46 x 3.39 x 1.34 inches; 1.76 ounces
**Date First Available** : December 19, 2024
**Manufacturer** : Fissiontech LLC
**ASIN** : B0DQW9M4NG

## Videos

### Videos for this product

2:06
Helpful hints for the Teklar Mouth Guard!
Beckstead Reviews

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease o condition.

点击登录
卖家精灵

## Related products with free delivery Sponsored

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0



ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro...
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~



ZQuiet, Anti-Snoring Mouthpiece, Comfort Size #1, Single Refill, Blue, Made in USA,...
7,753
$39.95 ($39.95 / Count)




Nasal Strips for Snoring and Breathing,100 Pack, Nose Strips Drug-Free, Relieve Nas...
30
$10.85 ($0.11 / Count)



Anti-Snore Mouthguard+
26
$19.99 ($19.99 / Count)



2024 Anti Snoring Device-Anti SnoringMouthpiece Device Mouth Guard…
42
$29.99 ($29.99 / Count)



Anti Snoring De Snoring Mouth Device Mouth C Snoring Mouth
9
-29% $24.99
($24.99 / Count)
List: ~~$34.99~~

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it fit properly for side sleepers?
Is it customizable for individual comfort?
Are there any adjustment instructions included?
Is it suitable for people with dentures?
Does it help with teeth grinding as well?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**No customer reviews**

### Review this product

Share your thoughts with other customers

Write a customer review

点击登录
卖家精灵

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

Grocery Store

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录

卖家精灵

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
Search Amazon
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

All Rufus Amazon Haul Same-Day Delivery Medical Care Alexa+ Best Sellers Amazon Basics Groceries Buy Again Keep Shopping For

**Health & Personal Care** Household Supplies Vitamins & Diet Supplements Baby & Child Care Health Care Sports Nutrition Sexual Wellness Health & Wellness

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0DQW45BZL
Sif 关键词 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 | 1688找货源 | 查外观专利 |
|---|---|---|---|---|---|---|---|---|---|
| 10.0 | 605 | $16,873 | $29.99 | 12,289 | $3.68 | 1 | 2024-12-17(112天) | | |

变体对比(1) Keepa插件替代 AI AI评论分析 全站点售卖 反查出单词 变体流量对比 3D展示 展开




2+
2 VIDEOS

Roll over image to zoom in

ASIN: B0DQW45BZL 收起
品牌: **Teklar** 卖家: **FLDSM-US**
配送: FBA 卖家: 2 加入产品库
**#12,289 in Health & Household**
**#18 in Snore Reducing Aids**
近30天销量(父体): 605 近30天销量(子体): N/A
销售额: $16,873 FBA费用: $3.68 毛利率: 72% 变体数: 1
价格: $29.99 评分(评分数): 5.0(42) Q&A数: --
商品重量: 1.76 ounces (49.90 g)
商品尺寸: 3.46 x 3.39 x 1.34 inches
包装重量: 0.11 pounds (49.90 g)
包装尺寸: 3.5 x 3.3 x 1.3 inches (大号标准尺寸)
上架时间: 2024-12-17 (112天)
全部流量词: 0 自然搜索词: 0 广告流量词: 0 搜索推荐词: 0
关键词反查 广告洞察 关联流量 市场分析 Listing生成器
1688找货源 旺店通 Alibaba 历史销量 产品卖点 产品概要
优麦云 TikTok达人
品牌检测 AI评论分析 评论下载 主图下载
A+图片下载 评论图片下载 关联视频下载

MI Trademark Check MI Popsockets Check
MI Tote Bag Check MI Pillows Check
MI Tumblers Check

卖家精灵-库存监控

| 剩余库存 | | 702 |
|---|---|---|
| $29.99 | FLDSM-US | 702 |
| $33.99 | FLDSM-US | 135 |

查看详细

$29.99 ($29.99 / Count)
Two-Day
FREE delivery **Thursday, April 10**. Order within 13 hrs 19 mins
Deliver to Mike - Saint Ann 63074

In Stock

Quantity: 1
Add to Cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | FLDSM-US |
| Returns | This item is non-returnable |
| Gift options | Available at checkout |

See more
点击登录
Add to List
卖家精灵

**Other sellers on Am…**
New (2) from $29.99

**Ask Rufus**
Does it fit properly for side sleepers?
Is it comfortable to wear for extended periods?
Are adjustments easy to make for a custom fit?
Ask something else

# 2024 Anti Snoring Device-Anti SnoringMouthpiece Device Mouth Guard -EffectiveAnti Snore Solution for Men and Women -Customizable AdjustableComfortable, [1pcs] k7

Brand: Teklar
5.0 (42) | Search this page

Case 1:25-cv-03174-KPF Document 5-2 Filed 04/23/25 Page 56 of 104

$29.99 ($29.99 / Count)

Two-Day

Pay ~~$29.99~~ **$0.00**; **get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**主要流量词** ☰ Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
| --- | --- | --- | --- | --- |
| 点击登录可看 | | | | |

Size: **1 Pack**

**变体流量对比** ☰ Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
| --- | --- | --- | --- | --- |
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
| --- | --- |
| **Brand** | Teklar |
| **Color** | Blue |
| **Manufacturer** | Fissiontech LLC |
| **UPC** | 791986189932 |

## About this item

- Better Sleep with Anti-Snoring Mouthguard: This anti-snoring mouth adjusts the position of the jaw and tongue, keeping the airways open and effectively preventing snoring, allowing both you and your partner to sleep soundly every night. As a snore mouth guard, it provides an effective solution for improving sleep quality.
- Effective & Portable: This anti-snore mouthguard effectively reduces snoring while preventing teeth grinding and clenching, improving sleep quality. Its simple design makes it suitable for most adults, significantly reducing snoring disruptions during sleep. It comes with a portable storage case for easy carrying and maintaining cleanliness, making it the perfect sleep mouth guard.
- Customizable Adjustable Fit: This mouth guard anti snoring features an adjustable design, offering a perfect fit tailored to your mouth shape for maximum comfort. It's the ideal mouth guard for sleeping, helping to improve sleep quality and reduce snoring.
- Snoring Device Recommended: This stop snoring mouthpiece is recommended by dentists and doctors, designed specifically for adults to effectively reduce snoring. Not suitable for those wearing braces or dentures, it is ideal for adults with healthy gums and teeth, helping you snore away the disruptions to your sleep.
- Easy to Wear & Sleep Improvement:This anti-snoring mouthpiece and anti-snoring mouth guard are easy to wear and can be adjusted for a personalized fit, effectively enhancing your sleep quality.

Report an issue with this product or seller

点击登录

卖家精灵



**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

## Frequently bought together




+




Total price: $38.62

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** 2024 Anti Snoring Device-Anti SnoringMouthpiece Device Mouth Guard -…
$29.99 ($29.99/Count)

Breathe Right Original Nose Strips to Reduce Snoring and Relieve Nose Congestion, Tan, 3…
$8.63 ($0.29/Count)

## Products related to this item

Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro...
8,011
$59.95 ($59.95 / Count)



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)




Adjustable Anti Snoring Device: Custom Anti Snoring Mouthpiece for Snoring Relief -...
14
$31.99 ($31.99 / Count)
$25.59 with coupon




VitalSleep Anti Mouthpiece, M Adjustable Sno Guard for Bet...
6(
$69.95 ($69.95 /

## Product Description

## Product details

**Package Dimensions :** 3.5 x 3.35 x 1.3 inches; 2.08 ounces

**Date First Available :** December 19, 2024

**Manufacturer :** Fissiontech LLC

**ASIN :** B0DQW52QQQ

**Country of Origin :** China

**Best Sellers Rank:** #12,289 in Health & Household (See Top 100 in Health & Household)
#18 in Snore Reducing Aids

**Customer Reviews:**
5.0 (42)

点击登录
卖家精灵

## Videos

### Videos for this product

1:29
Anti Snoring Device
ZIFHSIGPSIPO

1:30
anti snoring devices
ZIFHSIGPSIPO

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.


### Related products with free delivery
Sponsored



ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro...
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~



ZQuiet, Anti-Snoring Mouthpiece (Blue) + Cleaner (1.5oz Bottle), Starter Pack with ...
702
$69.95 ($69.95 / Count)


ZQuiet, Anti-Snoring Mouthpiece, Comfort Size #1, Single Refill, Blue, Made in USA,...
7,753
$39.95 ($39.95 / Count)



Adjustable Anti Snoring Device: Custom Anti Snoring Mouthpiece for Snoring Relief -...
14
$31.99 ($31.99 / Count)
$25.59 with coupon



Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon


Zero Snore - Customizable S… Reducing Mout… Holds Lower Ja…
6…
$59.99 ($59.99 /

### Similar brands on Amazon

Sponsored



Piegricdiat Anti-Snoring Mouth Guard
4.3 33
$26.90


Forzacx Anti Snore Chin Strap - Breathable Chin Strap Snoring Solutio…
3.7 1,563
$15.99



Anti…
Anti Snorin…
$39.98


### Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it fit properly for side sleepers? Is it comfortable to wear for extended periods?

Are adjustments easy to make for a custom fit? Is it suitable for people with dentures?

Does it help reduce snoring effectively?

## Customer reviews

5 out of 5

42 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the mouth guard comfortable and easy to adjust for a perfect fit. It helps with snoring and provides better sleep.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Fit | ✓ Sleep quality | ✓ Comfort | ✓ Effectiveness

## Reviews with images

See all photos ›





## Top reviews from the United States

chen

**great!**

Reviewed in the United States on March 21, 2025

**Verified Purchase**

I've been struggling with snoring for a while, and this anti-snoring mouthpiece has made a noticeable difference. It's comfortable to wear and easy to adjust for a perfect fit. The material feels high quality, and I appreciate that it's customizable to suit my needs. Since using it, I've had better sleep, and my partner no longer complains about my snoring. If you're looking for an effective and comfortable solution, I highly recommend this product!

Helpful Report

Danette R.

**Mouth guard for snoring**

Reviewed in the United States on March 5, 2025

**Verified Purchase**

This is a Mouthpiece that helps with snoring. It doubles as a Mouth Guard too. I feel it works for me and will be a good buy for others that snore as well. This device is for Men and Women. It's Custon… Adjustable, and Comfortable.

点击登录
卖家精灵

Helpful Report

Tonia

**Really impressed**

Reviewed in the United States on March 7, 2025

**Verified Purchase**

This works so well. Had my first great night of sleep while my man used this. The size is right so It wasn't uncomfortable. Great quality product.

Helpful Report

natalie

**The best !**

Reviewed in the United States on March 6, 2025

Verified Purchase

Love this product best thing I've gotten for snoring omg it works wonders . Fits perfect very durable. And it really stops snoring. I recommend

One person found this helpful

Helpful Report

Illana

**Really works!**

Reviewed in the United States on February 28, 2025

Verified Purchase

This anti-snoring mouthpiece is comfortable and easy to adjust. I've noticed a significant reduction in my husbands snoring since using it. It's a good value for the price. Highly recommended!

One person found this helpful

Helpful Report

Alyssa Horwitz

**Such a relief..**

Reviewed in the United States on March 5, 2025

Verified Purchase

I have suffered with teeth grinding and snoring for a really long time.. since I was in elementary school. As soon as I used this product, I realized it was going to help. I got such a good night sleep. I was worried I would remove it in my sleep, but it’s so comfortable that I guess I haven’t had any problems. 🥺

Helpful Report

Amazon Customer

**Good fit after forming.**

Reviewed in the United States on March 19, 2025

Verified Purchase

Great to help me sleep 😴

Helpful Report

Momma Bear

**Easy to mold and re-moldable!**

Reviewed in the United States on February 27, 2025

Verified Purchase

I was hesitant to try this but I was surprised at how easy it is to set up! It's also re-moldable if you didn't get it quite right the first time. It pulls the lower jaw forward just a little bit and allows more free airflow. I thought maybe it would be bulky but it's really not as bad I expected.

8 people found this helpful

Helpful Report

点击登录

卖家精灵

See more reviews ›

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

点击登录

卖家精灵

English
United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Case 1:25-cv-03174-KPF Document 5-2 Filed 04/23/25 Page 62 of 104

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录

卖家精灵

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care | Search Amazon | EN | Hello, Gavin Account & Lists | Returns & Orders | 0

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0DQW52QQQ | Sif 关键词 | 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing 销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 | 1688找货源 | 查外观专利 |
|---|---|---|---|---|---|---|---|---|---|
| 10.0 | 284 | $8,517 | $29.99 | 12,289 | $3.68 | 1 | 2024-12-17(112天) | | |

变体对比(1) | Keepa插件替代 AI | AI评论分析 | 全站点售卖 | 反查出单词 | 变体流量对比 | 3D展示 | 展开




2 VIDEOS

Roll over image to zoom in

**Ask Rufus**

Does it fit properly for side sleepers?

Is it comfortable to wear for extended periods?

Are adjustments easy to make for a custom fit?

Ask something else

ASIN: B0DQW52QQQ 收起
品牌: Teklar 卖家: FLDSM-US
配送: FBA 卖家: 2 加入产品库

#12,289 in Health & Household
#18 in Snore Reducing Aids

近30天销量(父体): 284 近30天销量(子体): N/A
销售额: $8,517 FBA费用: $3.68 毛利率: 73% 变体数: 1

价格: $29.99 评分(评分数): 5.0(42) Q&A数: --

Size: 1 Pack 商品重量: 2.08 ounces (58.97 g)
商品尺寸: 3.5 x 3.35 x 1.3 inches 包装重量: 0.13 pounds (58.97 g)
包装尺寸: 3.5 x 3.3 x 1.3 inches (大号标准尺寸)
上架时间: 2024-12-17 (112天)

全部流量词: 306 自然搜索词: 187 广告流量词: 193
搜索推荐词: 26

关键词反查 | 广告洞察 | 关联流量 | 市场分析 | Listing生成器 | 1688找货源 | 旺店通 | Alibaba | 历史销量 | 产品卖点 | 产品概要 | 优麦云 | TikTok达人

品牌检测 | AI评论分析 | 评论下载 | 主图下载
A+图片下载 | 评论图片下载 | 关联视频下载

MI Trademark Check | MI Popsockets Check
MI Tote Bag Check | MI Pillows Check
MI Tumblers Check

# 2024 Anti Snoring Device-Anti SnoringMouthpiece Device Mouth Guard -EffectiveAnti Snore Solution for Men and Women -Customizable AdjustableComfortable, [1pcs] k7

Brand: Teklar
5.0 (42) | Search this page

$29.99 ($29.99 / Count)

Two-Day

卖家精灵-库存监控

| 剩余库存 | | 702 |
|---|---|---|
| $29.99 | FLDSM-US | 702 |
| $33.99 | FLDSM-US | 135 |

查看详细

$29.99 ($29.99 / Count)

Two-Day

FREE delivery Thursday, April 10. Order within 13 hrs 19 mins

Deliver to Mike - Saint Ann 63074

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by FLDSM-US
Returns This item is non-returnable
Gift options Available at checkout

See more

Add to List

点击登录

Other sellers on

New (2) from $29.99

卖家精灵

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

**主要流量词** ☰ Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

Size: **1 Pack**

**变体流量对比** ☰ Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
|---|---|
| **Brand** | Teklar |
| **Color** | Blue |
| **Manufacturer** | Fissiontech LLC |
| **UPC** | 791986189932 |

## About this item

- Better Sleep with Anti-Snoring Mouthguard: This anti-snoring mouth adjusts the position of the jaw and tongue, keeping the airways open and effectively preventing snoring, allowing both you and your partner to sleep soundly every night. As a snore mouth guard, it provides an effective solution for improving sleep quality.
- Effective & Portable: This anti-snore mouthguard effectively reduces snoring while preventing teeth grinding and clenching, improving sleep quality. Its simple design makes it suitable for most adults, significantly reducing snoring disruptions during sleep. It comes with a portable storage case for easy carrying and maintaining cleanliness, making it the perfect sleep mouth guard.
- Customizable Adjustable Fit: This mouth guard anti snoring features an adjustable design, offering a perfect fit tailored to your mouth shape for maximum comfort. It's the ideal mouth guard for sleeping, helping to improve sleep quality and reduce snoring.
- Snoring Device Recommended: This stop snoring mouthpiece is recommended by dentists and doctors, designed specifically for adults to effectively reduce snoring. Not suitable for those wearing braces or dentures, it is ideal for adults with healthy gums and teeth, helping you snore away the disruptions to your sleep.
- Easy to Wear & Sleep Improvement:This anti-snoring mouthpiece and anti-snoring mouth guard are easy to wear and can be adjusted for a personalized fit, effectively enhancing your sleep quality.

Report an issue with this product or seller

点击登录



**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

卖家精灵

## Frequently bought together

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0



+




Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** 2024 Anti Snoring Device-Anti SnoringMouthpiece Device Mouth Guard -…
$29.99 ($29.99/Count)

Breathe Right Original Nose Strips to Reduce Snoring and Relieve Nose Congestion, Tan, 3…
$8.63 ($0.29/Count)

## Products related to this item Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro...
8,011
$59.95 ($59.95 / Count)



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)




Adjustable Anti Snoring Device: Custom Anti Snoring Mouthpiece for Snoring Relief -...
14
$31.99 ($31.99 / Count)
$25.59 with coupon




VitalSleep Anti Mouthpiece, M Adjustable Sno Guard for Bet...
6(
$69.95 ($69.95 /

## Product Description

## Product details

**Package Dimensions :** 3.5 x 3.35 x 1.3 inches; 2.08 ounces

**Date First Available :** December 19, 2024

**Manufacturer :** Fissiontech LLC

**ASIN :** B0DQW52QQQ

**Country of Origin :** China

**Best Sellers Rank:** #12,289 in Health & Household (See Top 100 in Health & Household)
#18 in Snore Reducing Aids

**Customer Reviews:**
5.0 (42)

点击登录
卖家精灵

## Videos

1:29
Anti Snoring Device
ZIFHSIGPSIPO

1:30
anti snoring devices
ZIFHSIGPSIPO

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery

Sponsored




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro...
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~




ZQuiet, Anti-Snoring Mouthpiece (Blue) + Cleaner (1.5oz Bottle), Starter Pack with ...
702
$69.95 ($69.95 / Count)



ZQuiet, Anti-Snoring Mouthpiece, Comfort Size #1, Single Refill, Blue, Made in USA,...
7,753
$39.95 ($39.95 / Count)




Adjustable Anti Snoring Device: Custom Anti Snoring Mouthpiece for Snoring Relief -...
14
$31.99 ($31.99 / Count)
$25.59 with coupon




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon



Zero Snore - Customizable S Reducing Mout Holds Lower Ja
62
$59.99 ($59.99 /

## Similar brands on Amazon

Sponsored






MASSNER Nasal Strips for Sleeping, Large 100 Pack - Perfect Nose Strips f…
3.8 5,310
$21.67 List: ~~$29.99~~






Piegricdiat Anti-Snoring Mouth Guard
4.3 33
$26.90






Fo…
Brea…
3.7
$15.99

卖家精灵

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Are adjustments easy to make for a custom fit? Is it suitable for people with dentures?

Does it help reduce snoring effectively?

## Customer reviews

5 out of 5

42 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the mouth guard comfortable and easy to adjust for a perfect fit. It helps with snoring and provides better sleep.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Fit | ✓ Sleep quality | ✓ Comfort | ✓ Effectiveness

### Reviews with images

See all photos ›





### Top reviews from the United States

chen

**great!**

Reviewed in the United States on March 21, 2025

**Verified Purchase**

I've been struggling with snoring for a while, and this anti-snoring mouthpiece has made a noticeable difference. It's comfortable to wear and easy to adjust for a perfect fit. The material feels high quality, and I appreciate that it's customizable to suit my needs. Since using it, I've had better sleep, and my partner no longer complains about my snoring. If you're looking for an effective and comfortable solution, I highly recommend this product!

Helpful Report

Danette R.

**Mouth guard for snoring**

Reviewed in the United States on March 5, 2025

**Verified Purchase**

This is a Mouthpiece that helps with snoring. It doubles as a Mouth Guard too. I feel it works for me and will be a good buy for others that snore as well. This device is for Men and Women. It's Custon… Adjustable, and Comfortable.

点击登录

Helpful Report

卖家精灵

Tonia

**Really impressed**

Reviewed in the United States on March 7, 2025

**Verified Purchase**

This works so well. Had my first great night of sleep while my man used this. The size is right so It wasn't uncomfortable. Great quality product.

Helpful Report

Reviewed in the United States on March 6, 2025

Verified Purchase

Love this product best thing I've gotten for snoring omg it works wonders . Fits perfect very durable. And it really stops snoring. I recommend

One person found this helpful

Helpful Report

Illana

**Really works!**

Reviewed in the United States on February 28, 2025

Verified Purchase

This anti-snoring mouthpiece is comfortable and easy to adjust. I've noticed a significant reduction in my husbands snoring since using it. It's a good value for the price. Highly recommended!

One person found this helpful

Helpful Report

Alyssa Horwitz

**Such a relief..**

Reviewed in the United States on March 5, 2025

Verified Purchase

I have suffered with teeth grinding and snoring for a really long time.. since I was in elementary school. As soon as I used this product, I realized it was going to help. I got such a good night sleep. I was worried I would remove it in my sleep, but it's so comfortable that I guess I haven't had any problems. 🥺

Helpful Report

Amazon Customer

**Good fit after forming.**

Reviewed in the United States on March 19, 2025

Verified Purchase

Great to help me sleep 😴

Helpful Report

Momma Bear

**Easy to mold and re-moldable!**

Reviewed in the United States on February 27, 2025

Verified Purchase

I was hesitant to try this but I was surprised at how easy it is to set up! It's also re-moldable if you didn't get it quite right the first time. It pulls the lower jaw forward just a little bit and allows more free airflow. I thought maybe it would be bulky but it's really not as bad I expected.

8 people found this helpful

Helpful Report

点击登录

卖家精灵

See more reviews ›

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Services
Performances

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录
卖家精灵

Deliver to Mike Saint Ann 63074 | Health, Household & Baby Care | Search Amazon | EN | Hello, Gavin Account & Lists | Returns & Orders | 0

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0DM2497R7 | Sif 关键词 | 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 |
|---|---|---|---|---|---|---|---|
| 9.6 | 45 | $1,170 | $25.99 | 108,355 | $3.68 | 1 | 2024-11-03(156天) |

1688找货源 查外观专利

变体对比(1) | Keepa插件替代 AI | AI评论分析 | 全站点售卖 | 反查出单词 | 变体流量对比 | 3D展示 | 展开

ASIN: B0DM2497R7 收起

品牌: FOTN 卖家: Weixunn

配送: FBA 卖家: 1 加入产品库

#108,355 in Health & Household

#291 in Snore Reducing Aids

近30天销量(父体): 45 近30天销量(子体): N/A 销售额: $1,170 FBA费用: $3.68

毛利率: 71% 变体数: 1

价格: $25.99 评分(评分数): 5.0(5) Q&A数: --

商品重量: 1.76 ounces (49.90 g)

商品尺寸: 3.46 x 3.35 x 1.38 inches 包装重量: 0.11 pounds (49.90 g)

包装尺寸: 3.5 x 3.3 x 1.4 inches (大号标准尺寸) 上架时间: 2024-11-03 (156天)

全部流量词: 99 自然搜索词: 89 广告流量词: 32 搜索推荐词: 0

关键词反查 | 广告洞察 | 关联流量 | 市场分析 | Listing生成器 | 1688找货源 | 旺店通 | Alibaba | 历史销量 | 产品卖点 | 产品概要 | 优麦云 | TikTok达人

品牌检测 AI评论分析 评论下载 主图下载 A+图片下载 评论图片下载

MI Trademark Check MI Popsockets Check MI Tote Bag Check

MI Pillows Check MI Tumblers Check

卖家精灵-库存监控

剩余库存 371

| $25.99 | Weixunn | 371 |
|---|---|---|

查看详细

$25.99 ($25.99 / Count)

Two-Day

FREE delivery **Thursday, April 10**. Order within 13 hrs 19 mins

Deliver to Mike - Saint Ann 63074

In Stock

Quantity: 1

Add to Cart

Buy Now

点击登录

卖家精灵

Ships from Amazon

Sold by Weixunn

Returns This item is non-returnable

Gift options Available at checkout

See more

Add to List





# Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for Men and Women - Customizable Adjustable Comfortable

Brand: FOTN

5.0 (5) | Search this page





Roll over image to zoom in

**Ask Rufus**

Does it fit properly for side sleepers?
Is it easy to clean and maintain?
Are there any potential side effects?
Ask something else

Two-Day

**Coupon:** Apply 10% coupon Shop items › | Terms

Pay ~~$25.99~~ $0.00; **get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

### 主要流量词

☰ Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

### 变体流量对比

☰ Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
|---|---|
| **Brand** | FOTN |
| **Material** | Polypropylene (PP) |
| **Color** | Blue |
| **Manufacturer** | Fissiontech LLC |
| **UPC** | 723269190267 723269190342 |

## About this item

- "FDA-Cleared: Our Anti-Snoring Mouthpiece Device is rigorously tested and FDA-cleared, ensuring safety and efficacy for both men and women."
- "Effective Snore Solution: Say goodbye to noisy nights with our anti-snoring device, designed to effectively reduce snoring and promote a peaceful sleep environment."
- "Customizable Fit: With its customizable and adjustable design, our mouth guard ensures a comfortable fit tailored to your unique needs."
- Easy to Use: Simply insert the mouthpiece before sleep for instant relief from snoring. No complicated setup or uncomfortable straps – just effortless snore reduction.
- "Comfort Guaranteed: Experience uninterrupted sleep with our comfortable anti-snoring solution. Wake up feeling refreshed and rejuvenated, ready to take on the day."

Report an issue with this product or seller

点击登录

卖家精灵



**Same pharmacist window. Minus the window.**
Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

## Buy it with

Deliver to Mike
Saint Ann 63074 Health, Household & Baby Care EN Hello, Gavin Account & Lists Returns & Orders 0


+


Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Device Mouth Guar…
$25.99 ($25.99/Count)

SilentZPro 2.0 - USA Designed Anti Snore Mouthpiece (Size: Large) - Fully Adjustable Anti…
$39.99 ($39.99/Count)

## Products related to this item Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon




SilentZPro 2.0 - USA Designed Anti Snore Mouthpiece (Size: Small) - Fully Adjustabl…
3
$39.99 ($39.99 / Count)




SilentZPro 2.0 - USA Designed Anti Snore Mouthpiece (Size: Large) - Fully Adjustabl…
913
$39.99 ($39.99 / Count)



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)




Anti Snoring Devices, Mouth Guard for Grinding Teeth at Night, Reusable Snoring Sol…
13
$29.99 ($29.99 / Count)
$14.99 with coupon




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~




Anti Snoring Devices: Adjustable Anti Snoring Device Mouth Guard - Anti Snoring Dev…
23
$29.95 ($29.95 / Count)

## Product Description

点击登录
卖家精灵

## Product details

**Package Dimensions :** 3.46 x 3.35 x 1.38 inches; 1.76 ounces
**Date First Available :** November 5, 2024
**Manufacturer :** Fissiontech LLC
**ASIN :** B0DM2497R7
**Country of Origin :** USA
**Best Sellers Rank:** #108,355 in Health & Household (See Top 100 in Health & Household)
#291 in Snore Reducing Aids
**Customer Reviews:**
5.0 (5)

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

FOTN
+ Follow



Volcano Night Lights,Lava Lamp



Human braiding hair



Discover the convenience of the Microwave Toaster Sandwich Make…



Human braiding hair for boho braids



Boho braids human hair



bulk hu

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery

Sponsored

点击登录
卖家精灵


Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)


Senvok FSA HSA Choking Rescue Device, Choking Device for Kids and Adults, Portable …
311
$39.99 ($39.99 / Count)
$37.99 with coupon


ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~


Anti Snoring Devices: Adjustable Anti Snoring Device Mouth Guard - Anti Snoring Dev…
23
$29.95 ($29.95 / Count)


Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon


PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)


2.0 Adjustable Night Sleep Aid Bruxism Mouthpiece Mouth Guard
2,144
$39.96 ($39.96 / Count)

## Similar brands on Amazon

Sponsored



Forzacx Anti Snore Chin Strap - Breathable Chin Strap Snoring Solutio…
3.7 1,563
$15.99




AVEELA Chin Strap for Sleeping | 3 Sizes Anti Snoring Chin Strap, Anti Snoring…
3.7 2,907
$23.99



GOYO Slim FIT Pack of 4 Mouth Guard for Clenching Teeth at Night with…
4.0 737
$24.97



Cheek
Kit - C
3.9
$89.9

## Looking for specific info?

点击登录

Ask Rufus or search reviews and Q&A

卖家精灵

Does it fit properly for side sleepers? Is it easy to clean and maintain? Are there any potential side effects?

Is it suitable for people with dental work? Does it help with sleep apnea symptoms?

## Customer reviews

5 out of 5

5 global ratings

## Top reviews from the United States

Olga Ileana Perez

| | | |
|---|---|---|
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

husband it it's working great so far - so easy to use and he's snoring less and I'm able to sleep more so it's a win for us !!! Seems well made and worth every penny to get some sleep

Helpful Report

Carolyn

**Easy to Use and Effective**

Reviewed in the United States on March 28, 2025

This anti-snoring device is both easy to use and effective! The first night, I noticed a difference, and it only got better from there. My partner hasn't complained about my snoring since I started using it. I'm thrilled with the results and highly recommend it to anyone who snores!

Helpful Report

Maria Berrios

**Exceeds Expectations**

Reviewed in the United States on March 28, 2025

Only had for 7 days but seems to work really well. No complaints from my partner so far.
Causes jaw ache in the morning and a huge amount of saliva from mouth while trying to sleep. Hopefully will get better over time.

Helpful Report

PollyJean Crews

**Worth a try!**

Reviewed in the United States on March 28, 2025

I recently tried anti snoring device and it has significantly improved the sleep quality for my partner.

Helpful Report

ingrid eguis

**Fantastic Results!**

Reviewed in the United States on March 28, 2025

I didn't believe an anti-snoring device could make such a difference, but this one proved me wrong! I've seen fantastic results in just a few weeks. My partner has stopped complaining, and I feel much more alert during the day. It's comfortable and doesn't interfere with my sleep. I highly recommend it!

One person found this helpful

Helpful Report

See more reviews ›

点击登录
卖家精灵

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录

卖家精灵

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
Search Amazon
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0DS2RGYB7
Sif 关键词 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing 销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 |
|---|---|---|---|---|---|---|---|
| 9.5 | 685 | $27,393 | $39.99 | 91,254 | $3.68 | 1 | 2024-12-31(98天) |

1688找货源
查外观专利

变体对比(1) Keepa插件替代 AI AI评论分析 全站点售卖 反查出单词 变体流量对比 3D展示 展开

ASIN: B0DS2RGYB7 收起
品牌: QOEARLO 卖家: Best service-zth
配送: FBA 卖家: 1 加入产品库
#91,254 in Health & Household
#237 in Snore Reducing Aids
近30天销量(父体): 685 近30天销量(子体): 600+
销售额: $27,393 FBA费用: $3.68 毛利率: 76% 变体数: 1
价格: $39.99 评分(评分数): 3.8(57) Q&A数: --
Model: QOEARLO-2PK Size: 2 Pack
商品重量: 0.11 pounds (49.90 g)
商品尺寸: 3.3 x 1.2 x 3.5 inches 包装重量: 0.22 pounds (99.79 g)
包装尺寸: 3.4 x 3.3 x 2.6 inches (大号标准尺寸)
上架时间: 2024-12-31 (98天)
全部流量词: 484 自然搜索词: 433 广告流量词: 179
搜索推荐词: 0
关键词反查 广告洞察 关联流量 市场分析 Listing生成器
1688找货源 旺店通 Alibaba 历史销量 产品卖点 产品概要
优麦云 TikTok达人
品牌检测 AI评论分析 评论下载 主图下载
A+图片下载 评论图片下载
MI Trademark Check MI Popsockets Check
MI Tote Bag Check MI Pillows Check
MI Tumblers Check

卖家精灵-库存监控
剩余库存
查看详细

$39.99 ($39.99 / Count)
FREE delivery **April 16 - 20** for Prime members
Deliver to Mike - Saint Ann 63074
Quantity: 1
Add to Cart
Buy Now
Ships from Amazon
Sold by Best service-zth
Returns This item is non-returnable
Gift options Available at checkout
See more
Add to List

点击登录
卖家精灵





Roll over image to zoom in

# Anti Snoring Mouthpiece - Anti SnoringMouthpiece Device Mouth Guard,Snore Reduction Device for Men and Women, Comfortable Mouth Guard for Better Sleep, 2 Pack (Blue)

Brand: QOEARLO
3.8 (57) | Search this page
**600+ bought** in past month

$39.99 ($39.99 / Count)

Ask Rufus

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

Is it easy to clean and maintain?

Ask something else

for the Amazon Business Prime Card. Terms apply. Learn more

**主要流量词** ☰ Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

Model: **QOEARLO-2PK**

Size: **2 Pack**

**变体流量对比** ☰ Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
|---|---|
| **Brand** | QOEARLO |
| **Color** | White |
| **Item dimensions L x W x H** | 3.34 x 1.18 x 3.54 inches |
| **Manufacturer** | Fissiontech LLC |

## About this item

- EFFECTIVE SNORING RELIEF: Experience a peaceful night's sleep with our advanced anti-snoring mouthpiece. Designed to tackle snoring and sleep apnea, this innovative solution ensures you and your partner can enjoy uninterrupted, deep rest. Wake up feeling rejuvenated, free from snoring disturbances.
- Patented Design For Comfort: Our anti-snoring devices are patented and ergonomically fitted to ensure the most comfortable experience during sleep. Lightweight and portable, you can enjoy a restful night's sleep at home or on business.
- Safe Material, No Side Effects: Our anti-snoring device is made of high quality medical silicone material, non-toxic and harmless, so you can rest assured that you can use it. It does not contain harmful substances, avoids irritation to the mouth and respiratory tract, and allows you to enjoy a healthy and safe sleep.
- Customer First, Intimate After-sales: We promise to provide you with quality after-sales service. Purchase our anti-snoring device and you will enjoy a one-year warranty. If you have any questions, please feel free to contact us, we will be happy to answer and deal with you.
- Easy To Clean, Hygienic And Convenient: Snore stopper design is simple, easy to clean and keep hygienic. After each use, simply rinse with water to keep it clean. Lightweight and portable, so you can use it anytime, anywhere.

Report an issue with this product or seller

点击登录

卖家精灵

## Similar item with fast delivery



Anti-Snoring Mouthpiece, Anti-Snoring Mouth Guard, Anti-Snoring Devices Reusable Snoring Solution for Men/Women Sleep Better
(7)
$25.99 ($25.99/Count)

Deliver to Mike
Saint Ann 63074 | Health, Household & Baby Care | EN | Hello, Gavin Account & Lists | Returns & Orders | 0


over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

## Frequently bought together


+



**This item:** Anti Snoring Mouthpiece - Anti SnoringMouthpiece Device Mou…
$39.99 ($39.99/Count)

Anti Snoring Devices(8 Pack),Silicone Magnetic Stop Snoring Solution,Snoring Devic…
$8.88 ($1.11/Count)

Total price: $48.87

Add both to Cart

Some of these items ship sooner than the others.
Show details

## Products related to this item Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~




VitalSleep Anti Snoring Mouthpiece, Men's Size Adjustable Snore Mouth Guard for Bet…
66
$69.95 ($69.95 / Count)



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti Mouthpiece, Comfortable & Adjustable Sno
2,
$69.95 ($69.95 /

## Product Description

## Product details

**Product Dimensions** : 3.34 x 1.18 x 3.54 inches; 1.76 ounces

**Item model number** : QOEARLO-2PK

**Date First Available** : January 2, 2025

**Manufacturer** : Fissiontech LLC

**ASIN** : B0DS2RGYB7

**Best Sellers Rank:** #91,254 in Health & Household (See Top 100 in Health & Household)
#237 in Snore Reducing Aids

**Customer Reviews:**
3.8 (57)

点击登录

卖家精灵

## Videos

Help others learn more about this product by uploading a video!

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

## Related products with free delivery

Sponsored




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti-Snoring Mouthpiece, Comfortable & Adjustable Snore…
2,194
$69.95 ($69.95 / Count)



Anti Snoring De
Adjustable Anti
Device Mouth G
Anti Snoring De
23
$29.95 ($29.95 /

## Similar brands on Amazon

Sponsored






ZYPPAH Anti Snoring Mouth Guard – Clinically Proven 91% Effective Snore…
2.4 2,057
$99.95






Piegricdiat Anti-Snoring Mouth Guard
4.3 33
$26.90







Vapor Sootl
Reducing- A
4.2
$19.99

## Looking for specific info?

Ask Rufus or search reviews and Q&A

点击登录

Does it fit properly and stay in place?
Is it comfortable to wear for side sleepers?
Is it easy to clean and maintain?
Does it reduce snoring effectively?
Are there any potential side effects?

卖家精灵

## Customer reviews

3.8 out of 5

57 global ratings

5 star 66%

4 star 7%

## Customers say

Customers report that the mouth guard effectively decreases snoring and helps them sleep well.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Snoring prevention | ✓ Functionality

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

1 star 27%

How customer reviews and ratings work



## Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

Sofia

**Recommend !!**
Reviewed in the United States on March 19, 2025
Verified Purchase
Gurll get this for your man ! My man be shaking the house but ever sense I got him this it has reduced his snoring 10/10 recommend :)

Helpful Report

Reno

**NOT for sleep apnea as advertised**
Reviewed in the United States on April 6, 2025
Model: QOEARLO-2PK Size: 2 Pack Verified Purchase
DO NOT purchase this for sleep apnea without asking your doctor first. It is NOT returnable. I think it's incredibly irresponsible to advertise this as an effective treatment for a serious medical condition.

Helpful Report

Tabitha Holtzclaw

**Mouth guard**
Reviewed in the United States on March 28, 2025
Verified Purchase
Works really great has helped my husband a lot he barley snore now very great product and very well made

Helpful Report

Jack Jiang

**Solving the sleep problem is a treasure.**
Reviewed in the United States on February 17, 2025
Verified Purchase
My wife and I both have the problem of snoring at night, and one of us often can't fall asleep because of snoring. After buying this and trying it for two days, my wife said that she finally can't hear my snoring and can sleep well. At the same time, it is comfortable to wear and does not affect sleep. There is no other bad smell in the mouth after waking up.

Helpful Report

点击登录
卖家精灵

Kelly Y

**Definitely worked for me.**
Reviewed in the United States on February 1, 2025
Verified Purchase
It helps with my snoring issue,This mouthpiece has been the best solution for my snoring problems. In addition to its anti-snoring function, it helps me with an additional problem, which is that I clench my teeth while I sleep, which has consequences for my teeth. I've been using this for a while now. I was concerned about the comfort, but after wearing it for a few minutes, it's practically not noticeable in my mouth, and the best thing is that it doesn't leave an unpleasant smell after hours of wearing it.

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

4 people found this helpful

Helpful Report

Michael Santi

**Does not work!**

Reviewed in the United States on April 2, 2025

Model: QOEARLO-2PK Size: 2 Pack **Verified Purchase**

Do not buy. Hurts tongue and gums. Does not allow for lower jaw to move forward hense, does not stop snoring or apnea. I lost more sleep trying to keep this mouthpiece in place.

Helpful Report

Klapn

**Easy to use**

Reviewed in the United States on February 5, 2025

**Verified Purchase**

Product is very easy to use. Instructions are well written a good value for the money and it does decrease snoring. Ensure that you don’t have an underlying cause such as apnea for the snoring, but if it is just the snoring, this is a great solution to get a better nights rest.

Helpful Report

Sam H.

**Works for me**

Reviewed in the United States on February 10, 2025

**Verified Purchase**

It’s works perfectly for me, reducing 80% of my snoring. I need couple of days to get used to. Now I am wearing it very night.

Helpful Report

**See more reviews ›**

点击登录
卖家精灵

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.



点击登录
卖家精灵

your door

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录
卖家精灵

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
Search Amazon
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0D6XDYFHZ
Sif 关键词 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 | 1688找货源 | 查外观专利 |
|---|---|---|---|---|---|---|---|---|---|
| 7.7 | -- | -- | $49.98 | -- | -- | 1 | 2024-06-12(300天) | | |

变体对比(1) Keepa插件替代 AI 评论分析 全站点售卖 反查出单词 变体流量对比 3D展示 展开

ASIN: B0D6XDYFHZ 收起
品牌: Sufeasdf 卖家: NIUniujiayou
配送: FBA 卖家: 1 加入产品库

近30天销量(父体): N/A 近30天销量(子体): N/A 销售额: N/A
FBA费用: N/A 毛利率: N/A 变体数: 1

价格: $49.98 评分(评分数): N/A(N/A) Q&A数: --

上架时间: 2024-06-12 (300天)

全部流量词: 1 自然搜索词: 1 广告流量词: 0 搜索推荐词: 0

关键词反查 广告洞察 关联流量 市场分析 Listing生成器
1688找货源 旺店通 Alibaba 历史销量 产品卖点 产品概要
优麦云 TikTok达人

品牌检测 主图下载 A+图片下载 评论图片下载

MI Trademark Check MI Popsockets Check
MI Tote Bag Check MI Pillows Check
MI Tumblers Check

卖家精灵-库存监控
剩余库存 200
$49.98 NIUniujia... 200
查看详细

$49.98 ($49.98 / Count)
One-Day
FREE delivery **Tomorrow, April 9**. Order within 8 hrs 19 mins
Shorter shipping distance
Deliver to Mike - Saint Ann 63074
In Stock
Quantity: 1
Add to Cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | NIUniujiayou |
| Returns | This item is non-returnable |
| Gift options | Available at checkout |

See more
Add to List

点击登录
卖家精灵





# Anti Snoring Device, Anti Snoring Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for Men and Women - Customizable Adjustable Comfortable(ST-49)

Visit the Sufeasdf Store
Search this page

$49.98 ($49.98 / Count)

One-Day

Pay ~~$49.98~~ **$0.00**; **get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**主要流量词** Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

Does it allow customization for optimal comfort?

Is it suitable for side sleepers?

Are instructions provided for proper fitting?

Ask something else

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
|---|---|
| **Brand** | Sufeasdf |
| **Color** | White |
| **Item dimensions L x W x H** | 2.6 x 1.77 x 0.63 inches |
| **Manufacturer** | Fissiontech LLC |
| **UPC** | 755097886388 |

## About this item

- FDA-Cleared: Our Anti-Snoring Mouthpiece Device is rigorously tested and FDA-cleared, ensuring safety and efficacy for both men and women.
- Effective Snore Solution: Say goodbye to noisy nights with our anti-snoring device, designed to effectively reduce snoring and promote a peaceful sleep environment.
- Customizable Fit: With its customizable and adjustable design, our mouth guard ensures a comfortable fit tailored to your unique needs.
- Easy to Use: Simply insert the mouthpiece before sleep for instant relief from snoring. No complicated setup or uncomfortable straps – just effortless snore reduction.
- Comfort Guaranteed: Experience uninterrupted sleep with our comfortable anti-snoring solution. Wake up feeling refreshed and rejuvenated, ready to take on the day.

Report an issue with this product or seller



**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

## Based on your recent views Sponsored




SmartGuard Anti Snore Device. New Customizable Snore Reducing Mouthpiece…
1,016
$69.99 ($69.99 / Count)




Anti Snoring Device Mouthpiece Mouth Guard for Men and Women, Tongue…
258
$89.94 ($89.94 / Count)



Forzacx Anti Snore Chin Strap - Breathable Chin Strap Snoring Solution, Effectively...
1,563
$15.99 ($15.99 / Count)




Mute Nasal Dilator for Snore Reduction - Anti-Snoring Aid Solution - Breathing Aids...
16,690
$17.99 ($6.00 / Count)




ZQuiet Anti-Snoring Mouthpiece Solution - Comfort Size #2 (Single Device) + Cleaner...
780
$49.95 ($49.95 / Count)



Chin Straps for Anti Snoring Ch… Devi… Stra…
$9.99

点击登录

卖家精灵

## Product Description

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

# Sufeasdf

## Product details

- **Product Dimensions :** 2.6 x 1.77 x 0.63 inches; 2.08 ounces
- **Item model number :** Sufeasdf
- **Date First Available :** June 12, 2024
- **Manufacturer :** Fissiontech LLC
- **ASIN :** B0D6XDYFHZ

## Inspiration from this brand

**Sufeasdf**
Visit the Store on Amazon
+ Follow



A perfect day for adventure! This woman is all set with her backpack…



This portable crossbody water cup storage bag is the perfect compani…



Discover the perfect blend of elegance and practicality with this…



Embrace the beauty of beach day while staying connected effortles

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

点击登录
卖家精灵

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it allow customization for optimal comfort?
Is it suitable for side sleepers?
Are instructions provided for proper fitting?
Does it accommodate users with dental work?
Is it comfortable for extended wear?

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

点击登录
卖家精灵

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packag materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0

Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English
United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录
卖家精灵

Deliver to Mike Saint Ann 63074 | Health, Household & Baby Care | Search Amazon | EN | Hello, Gavin Account & Lists | Returns & Orders | 0

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

ASIN: B0D5YY8835 | Sif 关键词 | 展开Sif

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7.5 | 30 | $480 | $15.99 | 278,190 | $3.68 | 1 | 2024-09-10(209天) | 1688找货源 | 查外观专利 | |

变体对比(1) | Keepa插件替代 AI | AI评论分析 | 全站点售卖 | 反查出单词 | 变体流量对比 | 3D展示 | 展开

ASIN: B0D5YY8835 收起
品牌: SHISUIZHE
卖家: guangzhourandingshangmaoyouxiangongsi
配送: FBA 卖家: 1 加入产品库

#278,190 in Health & Household
#712 in Snore Reducing Aids

近30天销量(父体): 30 近30天销量(子体): N/A 销售额: $480
FBA费用: $3.68 毛利率: 62% 变体数: 1

价格: $15.99 评分(评分数): 3.2(33) Q&A数: --

商品重量: 1.76 ounces (49.90 g)
商品尺寸: 1.8 x 0.6 x 1 inches 包装重量: 0.11 pounds (49.90 g)
包装尺寸: 3.4 x 3.4 x 1.4 inches (大号标准尺寸)
上架时间: 2024-09-10 (209天)

全部流量词: 2 自然搜索词: 0 广告流量词: 2 搜索推荐词: 0

关键词反查 | 广告洞察 | 关联流量 | 市场分析 | Listing生成器 | 1688找货源 | 旺店通 | Alibaba | 历史销量 | 产品概要 | 优麦云 | TikTok达人

品牌检测 | AI评论分析 | 评论下载 | 主图下载 | A+图片下载 | 评论图片下载

MI Trademark Check | MI Popsockets Check
MI Tote Bag Check | MI Pillows Check
MI Tumblers Check

卖家精灵-库存监控
剩余库存 50
$15.99 guangzh… 50
查看详细

$15.99 ($15.99 / Count)

One-Day

FREE delivery **Tomorrow, April 9**

Or FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within 3 hrs 49 mins

Shorter shipping distance

Deliver to Mike - Saint Ann 63074

## In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by guangzhourandingshangmaoyouxiangongsi
Returns This item is non-return…
Gift options Availa…
See more

点击登录

Add to List 卖家精灵

# Anti Snoring Device - Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for Men and Women - Customizable Adjustable Comfortable, Blue-s44

Brand: SHISUIZHE

3.2 (33) | Search this page

-20% $15.99 ($15.99 / Count)

Typical price: ~~$19.99~~

One-Day





Roll over image to zoom in

**Ask Rufus**

Does it fit properly after molding?

Is it comfortable to wear for side sleepers?

Are instructions for molding provided?

Ask something else

## 主要流量词

☰ Sif 关键词

| 主要流量词 | 流量占比 | 曝光位置 | 自然排名 | SP广告排名 |
| --- | --- | --- | --- | --- |
| 点击登录可看 | | | | |

## 变体流量对比

☰ Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
| --- | --- | --- | --- | --- |
| 点击登录可看 | | | | |

违规检测 listing优化

| | |
| --- | --- |
| **Brand** | SHISUIZHE |
| **Material** | Polycarbonate resin, Ethylene vinyl acetate copolymer |
| **Color** | Blue |
| **Model Name** | SHISUIZHE Anti Snoring Device |
| **Item dimensions L x W x H** | 1.77 x 0.63 x 1 inches |

Report an issue with this product or seller



**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

## Frequently bought together



+




+




Total price: $42.61

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** SHISUIZHE Anti Snoring Device - Mouthpiece Device Mouth Guard - Effective… $15.99 ($15.99/Count)

Breathe Right Original Nose Strips to Reduce Snoring and Relieve Nose Congestion, Tan, 3… $8.63 ($0.29/Count)

Rhinomed Mute Nasal Dilator for Snore Reduction - Anti-Snoring Aid Solution - Breathing Aids fo… $17.99 ($6.00/Count)

## Products related to this item Sponsored

Page 1 of 58




Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon




SilentZPro 2.0 - USA Designed Anti Snore Mouthpiece (Size: Large) - Fully Adjustabl…
913
$39.99 ($39.99 / Count)




ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro…
8,011
$59.95 ($59.95 / Count)



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)




SilentZPro 2.0 - USA Designed Anti Snore Mouthpiece (Size: Small) - Fully Adjustabl…
3
$39.99 ($39.99 / Count)

点击登录
卖家精灵

Deliver to Mike
Saint Ann 63074
Health, Household & Baby Care
EN
Hello, Gavin
Account & Lists
Returns
& Orders
0




## Product details

**Product Dimensions :** 1.77 x 0.63 x 1 inches; 1.76 ounces
**Item model number :** SHISUIZHE
**Date First Available :** September 12, 2024
**Manufacturer :** Fissiontech LLC
**ASIN :** B0D5YY8835
**Best Sellers Rank:** #278,190 in Health & Household (See Top 100 in Health & Household)
#712 in Snore Reducing Aids
**Customer Reviews:**
3.2 (33)

## Compare with similar items

**This Item** | **Recommendations**



SHISUIZHE Anti Snoring Device - Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for...
Add to cart




SilentZPro 2.0 - USA Designed Anti Snore Mouthpiece (Size: Large) - Fully Adjustable Anti...
Add to cart



Anti-Snoring Mouth Guard
Add to cart



Dentist's Choice Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw...
Add to cart

| | This Item | Recommendations | | |
|---|---|---|---|---|
| **Price** | -20% $15.99 Typical: ~~$19.99~~ | $39.99 | $19.90 | $59.99 |
| **Price Per Unit** | $15.99 / Count | $39.99 / Count | $19.90 / Count | $59.99 / Count |
| **Delivery** | FREE One-Day | **Today by 10:00 PM** | FREE One-Day | **Overnight by 8:00 AM** |
| **Customer Ratings** | 3.2 33 | 3.0 913 | 4.2 44 | 3.2 62 |
| **Sold By** | guangzhourandingshangmaoyouxi | Itus Mouthguardz | xinaoshangmao24 | Dentist's Choice Inc. |
| **Material** | Polycarbonate resin, Ethylene vinyl acetate copolymer | Ethylene Vinyl Acetate (EVA) | — | Ethylene Vinyl Acetat (EVA) |
| **Age Range** | Adult | Adult | — | Adult, Kid, Teen |

点击登录
卖家精灵

## Videos

Help others learn more about this product by uploading a video!

Upload your video

### Directions

Customize the mouthpiece by boiling it and biting down to create a personalized fit; insert the mouthpiece before sleep for snore reduction; do not use with dentures or other oral appliances. Clean and store the mouthpiece properly to maintain its effectiveness.

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.



## Related products with free delivery
Sponsored



Zero Snore - Customizable Snore Reducing Mouthpiece – Holds Lower Jaw…
62
$59.99 ($59.99 / Count)



Senvok FSA HSA Choking Rescue Device, Choking Device for Kids and Adults, Portable ...
311
$39.99 ($39.99 / Count)
$37.99 with coupon



ZQuiet, Anti-Snoring Mouthpiece, Starter Pack with 2 Sizes, Living Hinge & Open Fro...
8,011
-14% $59.95
($59.95 / Count)
List: ~~$69.95~~



ZQuiet, Anti-Snoring Mouthpiece (Blue) + Cleaner (1.5oz Bottle), Starter Pack with ...
702
$69.95 ($69.95 / Count)



Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Mouth Guard…
65
$39.98 ($39.98 / Count)
$33.98 with coupon



PureSleep, The Anti-Snoring M and #1 Solutio Worldwide
5,
$59.95 ($59.95 /

## Similar brands on Amazon
Sponsored






VitalSleep Anti-Snoring Mouthpiece, Comfortable & Adjustable Snore Guar…
3.2 2,194
$69.95






Vapor Soothers by Scenttech, Snore Reducing- Anti Snoring Aid, Nasal…
4.2 2,918
$19.99





Asonor Sno Stopper Dro
3.3
$19.95 List


## Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it fit properly after molding?
Is it comfortable to wear for side sleepers?
Are instructions for molding provided?
Does it stay securely in place overnight?
Is it effective in reducing snoring?

点击登录
卖家精灵

## Customer reviews

3.2 out of 5

33 global ratings

| | |
|---|---|
| 5 star | 39% |
| 4 star | 9% |
| 3 star | 15% |

### Top reviews from the United States

Translate all reviews to English

Murchadh

**Definitely HEARING a Difference**

Reviewed in the United States on December 13, 2024

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

Helpful Report

Crystal Meals

**Does not stay in shape**

Reviewed in the United States on January 30, 2025

Verified Purchase

I had high hopes for this product, but after a few days, you have to follow the procedure again to mold the product and even once you do, it does not stay fit to your mouth like I had hoped

Helpful Report

David M. Cadieux

**bad fit**

Reviewed in the United States on November 3, 2024

Verified Purchase

seems like same space for front incisors as for rear molars which means edges in the incisor area tend to get bent in towards gum line. (this irritated my gums around the edges)

Helpful Report

C.

**Stop here: Does not work**

Reviewed in the United States on December 19, 2024

Verified Purchase

Even after trying to customize the fit per the instructions it just doesn't work. Don't waste your money, because this tray will not substitute for your c-pap and is uncomfortable. It can't work if you don't wear it. It's just too big, and not designed well enough to work.

This actually hurt my jaw/head enough to cause a headache, and I was hoping it would help my migraines.

Helpful Report

Maria M Ibarguen

**Almohadas**

Reviewed in the United States on October 23, 2024

Verified Purchase

Excelente calidad

Helpful Report

Translate review to English

joneal

**Stops the snoring**

Reviewed in the United States on October 7, 2024

Works really well. It molds to your teeth so don't have to worry about it coming loose. I feel more rested. I wake up less. Only problem is when I wake up my teeth and jaw are sore but it goes away after a little while.

Helpful Report

点击登录

卖家精灵

Amazon Customer

**Mal producto**

Reviewed in the United States on December 9, 2024

Verified Purchase

No tiene oficio demaciado tosco y no se puede devolver

Helpful Report

Translate review to English

Fred59

Case 1:25-cv-03174-KPF Document 5-2 Filed 04/23/25 Page 97 of 104



Mine did not work and I have had many mouth pieces this one goes in the garbage.

Helpful Report

See more reviews ›

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Deliver to Mike
Saint Ann 63074

Health, Household & Baby Care

EN

Hello, Gavin
Account & Lists

Returns
& Orders

0

› See More Ways to Make Money

English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录
卖家精灵

Deliver to Mike Saint Ann 63074 | Health, Household & Baby Care | Search Amazon | EN | Hello, Gavin Account & Lists | Returns & Orders | 0

All | Rufus | Amazon Haul | Same-Day Delivery | Medical Care | Alexa+ | Best Sellers | Amazon Basics | Groceries | Buy Again | Keep Shopping For

**Health & Personal Care** | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness

Health & Household › Health Care › Sleep & Snoring › Snore Reducing Aids

v4.7.5

| 质量得分 | 近30天销量(父体) | Listing销售额 | 均价 | BSR | FBA费用 | 变体数 | 上架时间 | 1688找货源 | 查外观专利 |
|---|---|---|---|---|---|---|---|---|---|
| | -- | | -- | -- | -- | 1 | 2024-06-12(300天) | | |

变体对比(1) | Keepa插件替代 AI | AI评论分析 | 全站点售卖 | 反查出单词 | 变体流量对比 | 3D展示 | 收起

卖家精灵插件加载中，请稍候...



Roll over image to zoom in

ASIN: B0D6XC886V 收起

品牌: Sufeasdf 卖家: NIUniujiayou

配送: FBA 卖家: 1 加入产品库

近30天销量(父体): N/A 近30天销量(子体): N/A 销售额:

FBA费用: 毛利率: 变体数: 1

价格: $49.98 评分(评分数): N/A(N/A) Q&A数: --

上架时间: 2024-06-12 (300天)

全部流量词: 0 自然搜索词: 0 广告流量词: 0 搜索推荐词: 0

关键词反查 | 广告洞察 | 关联流量 | 市场分析 | Listing生成器 | 1688找货源 | 旺店通 | Alibaba | 历史销量 | 产品卖点 | 产品概要 | 优麦云 | TikTok达人

品牌检测

MI Trademark Check | MI Popsockets Check

MI Tote Bag Check | MI Pillows Check

MI Tumblers Check

卖家精灵-库存监控

剩余库存

查看详细

$49.98 ($49.98 / Count)

One-Day

FREE delivery Tomor... 9. Order within 5 ...

点击登录

Shorter shippi...

Deliver to Mike - ...

卖家精灵

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by NIUniujiayou

**Ask Rufus**

Does it allow customization for optimal comfort?

Is it suitable for side sleepers?

Are instructions provided for proper fitting?

Ask something else

# Anti Snoring Device, Anti Snoring Mouthpiece Device Mouth Guard - Effective Anti Snore Solution for Men and Women - Customizable Adjustable Comfortable(ST-48)

Visit the Sufeasdf Store

Search this page

$49.98 ($49.98 / Count)

One-Day

Pay ~~$49.98~~ **$0.00**; **get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

Returns: This item is non-returnable

Gift options: Available at checkout

See more

Add to List

**变体流量对比** Sif 关键词

| 产品 | 全部流量词 | 自然流量词 | 广告流量词 | 推荐流量词 |
|---|---|---|---|---|
| 点击登录可看 | | | | |

| | |
|---|---|
| **Brand** | Sufeasdf |
| **Color** | White |
| **Item dimensions L x W x H** | 2.6 x 1.77 x 0.63 inches |
| **Manufacturer** | Fissiontech LLC |
| **UPC** | 755097886371 |

## About this item

- FDA-Cleared: Our Anti-Snoring Mouthpiece Device is rigorously tested and FDA-cleared, ensuring safety and efficacy for both men and women.
- Effective Snore Solution: Say goodbye to noisy nights with our anti-snoring device, designed to effectively reduce snoring and promote a peaceful sleep environment.
- Customizable Fit: With its customizable and adjustable design, our mouth guard ensures a comfortable fit tailored to your unique needs.
- Easy to Use: Simply insert the mouthpiece before sleep for instant relief from snoring. No complicated setup or uncomfortable straps – just effortless snore reduction.
- Comfort Guaranteed: Experience uninterrupted sleep with our comfortable anti-snoring solution. Wake up feeling refreshed and rejuvenated, ready to take on the day.

Report an issue with this product or seller



**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

点击登录

卖家精灵

## Buy it with



+




Total price: $58.61

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Anti Snoring Device, Anti Snoring Mouthpiece Device

Breathe Right Original Nose Strips to Reduce Snoring and

## Products related to this item
Sponsored



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti-Snoring Mouthpiece, Comfortable & Adjustable Snore…
2,194
$69.95 ($69.95 / Count)




Anti Snoring Devices, Mouth Guard for Grinding Teeth at Night, Reusable Snoring Sol...
13
$29.99 ($29.99 / Count)
$14.99 with coupon




Anti Snoring Devices, Mouth Guard for Grinding Teeth at Night, Reusable Snoring Sol...
6
$22.99 ($22.99 / Count)
$11.49 with coupon



Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Device Mouth Guard…
4
$29.99 ($29.99 / Count)
$26.99 with coupon




VitalSleep Anti Mouthpiece, M Adjustable Sno Guard for Bet...
66
$69.95 ($69.95 /

## Product Description

## Product details

- **Product Dimensions :** 2.6 x 1.77 x 0.63 inches; 1.76 ounces
- **Item model number :** Sufeasdf
- **Date First Available :** June 12, 2024
- **Manufacturer :** Fissiontech LLC
- **ASIN :** B0D6XC886V

## Inspiration from this brand

**Sufeasdf**
Visit the Store on Amazon
+ Follow



Embrace the beauty of beach days while staying connected effortlessl…



Embrace the perfect blend of fashion and functionality with our…



A perfect day for adventure! This woman is all set with her backpack…



Elevate your outdoor adventures with this stylish Crossboc

点击登录
卖家精灵

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.


## Related products with free delivery Sponsored



Dentist's Choice Zero Snore - Customizable Snore Reducing Mouthpiece – Holds…
62
$59.99 ($59.99 / Count)




COZYRIDERS Nasal Strips for Snoring and Breathing,100 Pack, Nose Strips Drug-Free, ...
30
$10.85 ($0.11 / Count)



Anti-Snore Mouthguard+
26
$19.99 ($19.99 / Count)



Anti Snoring Device: FDA-Cleared Anti Snoring Mouthpiece Device Mouth Guard…
4
$29.99 ($29.99 / Count)
$26.99 with coupon



PureSleep, The Original Anti-Snoring Mouthpiece and #1 Solution Worldwide
5,516
$59.95 ($59.95 / Count)



VitalSleep Anti Mouthpiece, Comfortable & Adjustable Sno
2,
$69.95 ($69.95 /


### Looking for specific info?

Ask Rufus or search reviews and Q&A

Does it allow customization for optimal comfort?

Is it suitable for side sleepers?

Are instructions provided for proper fitting?

Is it comfortable for long-term use?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**No customer reviews**

## Review this product

Share your thoughts with other customers

Write a customer review

点击登录
卖家精灵

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

点击登录

English
United States

卖家精灵

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

点击登录

卖家精灵