

Anderson & Associates Law, P.C.
61 Broadway, Suite 2809
New York, NY 10006
T: (646) 452-9982
F: (646) 349-4396

Yen-Yi Anderson
Managing Principal
y.anderson@aalawpc.com

June 2, 2025

<u>**VIA ECF**</u>
The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   ***Fissiontech LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A***, Case No. 1:25-cv-03174-KPF

Dear Judge Failla:

We write to inform the Court that the parties have reached a settlement agreement with Defendant Galene LLC concerning their product. A draft of the settlement agreement is currently in progress. Upon receipt of the agreed-upon payment, Plaintiff will file a Notice of Voluntary Dismissal as to Galene LLC.

We anticipate completing this process within the next two (2) weeks to allow time for the Defendant to arrange the wire transfer.

We thank the Court for its attention.

Very truly yours,

Yen-Yi Anderson of
ANDERSON & ASSOCIATES LAW, P.C.

The Court appreciates the above update on this matter and will await a notice of voluntary dismissal as to Defendant Galene LLC. Should the parties be unable to finalize a settlement agreement for any reason, the parties are instructed to file a joint letter on or before **June 17, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:    June 3, 2025         SO ORDERED.
          New York, New York

                               *Katherine Polk Failla*

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE