

Anderson & Associates Law, P.C.

61 Broadway, Suite 2809
New York, NY 10006
T: (646) 452-9982
F: (646) 349-4396

Yen-Yi Anderson
Managing Principal
y.anderson@aalawpc.com

June 17, 2025

**VIA ECF**
The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:    ***Fissiontech LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A**, Case No. 1:25-cv-03174-KPF*

Dear Judge Failla:

We write to inform the Court that the parties have completed the final draft of the settlement agreement that has ironed out all the details and are finalizing signatures. We anticipate completing the remaining steps within the next few days to allow the Defendant time to arrange the wire transfer and to allow the Plaintiff to file the Notice of Voluntary Dismissal.

We thank the Court for its attention.

Very truly yours,

*/s/ Yen-Yi Anderson*
Yen-Yi Anderson of
ANDERSON & ASSOCIATES LAW, P.C.

The Court appreciates the above update on this matter.  The Court will await a notice of voluntary dismissal as to Defendant Galene LLC.  If the parties do not file the notice of voluntary dismissal on or before **June 30, 2025,** the parties are instructed to file a joint letter with the Court, explaining the current status of settlement agreement.

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:    June 18, 2025          SO ORDERED.
          New York, New York

          *Katherine Polk Failla*

          HON. KATHERINE POLK FAILLA
          UNITED STATES DISTRICT JUDGE