UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FISSIONTECH LLC,<br><br>        Plaintiff,<br><br>      -v.-<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>        Defendants. | 25 Civ. 3174 (KPF)<br><br>**ORDER TO SHOW CAUSE** |

KATHERINE POLK FAILLA, District Judge:

  Upon the Declaration of Yen-Yi Anderson, counsel for Plaintiff, dated August 18, 2025, the Declaration of Christopher John Baton, dated July 25, 2025, the exhibits annexed to both Declarations, and the Memorandum of Law in Support of the Motion for Default Judgment, it is hereby:

  ORDERED, that Defendants The Partnerships and Unincorporated Associations Identified on Schedule A, show cause at hearing on **October 28, 2025**, at **12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, as to why a Default Judgment ought not be entered against them, pursuant to Federal Rule of Civil Procedure 55(b)(2), in favor of Plaintiff, based upon Defendants' failure to answer or otherwise appear in this action.

  IT IS FURTHER ORDERED that Plaintiff is to serve a copy of this Order and supporting documents upon Defendants via any previously used means of service by September 10, 2025, and to provide proof of service on the docket by September 17, 2025.  Any opposition to entry of a default judgment is due on or before October 7, 2025.  Any reply papers shall be due by October 14, 2025.

SO ORDERED.

Dated:  September 2, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2