UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FISSIONTECH LLC,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>                    Defendants. | 25 Civ. 3174 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

THIS ACTION, having been commenced by Fissiontech LLC ("Plaintiff")
against the Defendants identified on Schedule A, which is attached, and that
the Defendants identified in Schedule A to this Order have defaulted
(collectively, the "Subject Defendants"), who operated marketplace accounts
through Amazon, Inc's "(Amazon") marketplace platform Amazon.com (the
"Online Storefronts") through which the Subject Defendants commercially
exploited one or more works of art, to which Plaintiffs own the trademarks in
connection with physical products bearing Plaintiff's brand name;

This Court having entered, upon a showing by Plaintiffs, a temporary
restraining order and preliminary injunction against the Subject Defendants
that included an asset restraining order, for their offering for sale of the
Infringing Products exploiting Plaintiff's protected trademark over their brand
name, Fissiontech LLC.

Plaintiffs, having properly completed service if process on the Subject Defendants via alternative service as previously permitted by the Court, along with the notice to the Subject Defendants from Amazon, being reasonably calculated under all the circumstances to apprise the Subject Defendants of the pendency of the action and affording them the opportunity to answer and present their objects;

None of the Subject Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT FINDS that it has personal jurisdiction over the Subject Defendants because the Subject Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District. Specifically, the Subject Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Online Storefronts through which New York residents can purchase products bearing infringing. Products;

THIS COURT FURTHER FINDS that Plaintiff Fissiontech is the proper owner of a common law trademark, and that the brand name is subject to protectable rights, and that the Defendants' misuse of their trademark creates a false association which is confusing to consumers.

THIS COURT FURTHER FINDS that the Subject Defendants are liable for trademark infringement for willful violations under Section 43(a) of the Lanham Act.

THIS COURT FURTHER FINDS that the Subject Defendants are liable for federal unfair competition with respect to the Fissiontech LLC under 15 U.S.C. § 1125.

THIS COURT FURTHER FINDS that the Subject Defendants are liable for Deceptive Acts and Practices Unlawful in violation of the New York General Business Law §§ 349 and 350.

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED in its entirety, that Default Judgment is entered again the Subject Defendants, as specified herein.

1. The Subject Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. Using the Fissiontech LLC brand name in any manner in association with the distribution, marketing, advertising, offering for sale, or sale of any products, including the Infringing Products;

    b. Passing off, inducing, or enabling others to sell or pass off any product as a genuine product of Plaintiffs' and/or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale pursuant to Plaintiffs' trademark;

    c. Committing any acts calculated to cause consumers to believe that Defendants' Infringing Products are sold under the authorization,

control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

d. Further infringing Plaintiffs' trademark and damaging Plaintiff's goodwill;

e. Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear the Fissiontech name;

f. Using, linking to, transferring, selling, exercising control over, or otherwise owning an Online Storefront or other online marketplace account that is being used to sell or is the means by which the Subject Defendants could continue to sell Infringing Products or other products bearing the protected brand name; and

g. Operating any other web presence registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product falsely associating with the Fissiontech brand.

2. Within five (5) days of receipt of this Order, Amazon, any domain name registry providing service to the Subject Defendants and their Online Storefronts, and any other Third- Party Providers are directed to:

a. Disable and cease providing services for any Online Storefront through which the Subject Defendants engage in the sale of

Infringing Products, including any Online Storefronts associated, connected to, or otherwise affiliated with the Subject Defendants;

b. Disable and cease displaying any advertisements used by or associated the Subject Defendants in connection with the sale of Infringing Products; and

c. Take all steps necessary to prevent links to the Subject Defendants Online Storefronts, and the listings containing the Infringing Products, from displaying in search results, including, but not limited to, removing links to the Subject. Defendants' Online Storefronts from any search index.

3. Those in privity with the Subject Defendants, and with actual notice of this Order, including Third-Party Providers, such as Amazon, eBay, PayPal, Wish, Payoneer, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, shall within three (3) business days of receipt of this Order:

a. Disable and cease providing services for any accounts through which the Subject Defendants engage in the sale of infringing goods;

b. Disable and cease displaying any advertisements used by or associated with the Subject Defendants in connection with the sale of counterfeit and infringing goods using the Subject Works; and

c. Take all steps necessary to prevent links to the Subject Defendants Online Storefronts from displaying in search results, including, but

not limited to, removing links to the Subject Defendants Online Storefronts from any search index.

4. Amazon, and its related companies and affiliates, as well as any other Third-Party Provider, within five (5) business days of receipt of this Order, shall use all available data within their respective possession, custody, or control to identify any additional accounts owned, operated, or controlled by the Subject Defendants ("Connected Accounts"). This search shall include, but is not limited to, reviewing the following:

   a. Account registration details (name, email addresses, phone numbers);

   b. Payment information and financial accounts used for transactions (such as PayPal, Payoneer, or linked bank accounts);

   c. IP addresses, device identifiers, and login history;

   d. Order fulfillment and shipping addresses; and

   e. Any other unique identifiers created for the Subject Defendants.

5. Amazon, and its related companies and affiliates, as well as any other Third-Party Provider provided with actual notice of this Order, within five (5) business days of receipt of this Order, shall permanently restrain and enjoin the use of Subject Defendants' Online Storefronts and any Connected Accounts, including preventing any transfer or disposition of any money or other assets belong to the Subject Defendants.

6. Amazon, and its related companies and affiliates, as well as any other Third-Party Provider with actual notice of this Order, within ten (10)

business days of receipt of this Order, shall provide Plaintiffs with a written report detailing:

    a. The results of its search for Connected Accounts, including the specific criteria used to identify them;

    b. A list of any Connected Accounts identified and actions taken against them; and

    c. If Amazon or any Third-Party Provider contends that it cannot reasonably locate Connected Accounts, a sworn declaration explaining the search methods employed and the reasons for its claimed inability to identify additional accounts.

7. All banks, savings institutions, payment processors, money transmitters, and other financial institutions (collectively, the "Financial Institutions"), such as PayPal, Inc., Payoneer, Inc., Wise/Transfer Wise, Ping Pong Global Solutions, Inc., AllPay Limited, etc., shall, within three (3) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Subject Defendants or the Subject Defendants' Online Storefronts from transferring or disposing of any money or other of the Subject Defendants' assets.

8. Pursuant to 17 U.S.C. § 504, Plaintiffs are awarded statutory damages in the amount of fifty thousand dollars ($50,000.00) per work infringed by each individual Subject Defendant.

9. All monies currently restrained in the Subject Defendants' financial accounts, including monies held by Etsy, any Financial Institutions, or

any other Third-Party Provider are hereby released to Plaintiff as partial payment of the above-identified damages, and Amazon, the Financial Institutions, and any other Third-Party Provider are ordered to release to Plaintiffs the amounts from the Subject Defendants' accounts, including any Connected Accounts, within ten (10) business days of receipt of this Order.

10.     Partial payments made pursuant to this Order shall not constitute full satisfaction of the judgment unless and until the total amount awarded, including post-judgment interest, has been fully paid. Plaintiffs may pursue collection of any remaining balance through all available means, including but not limited to continuing enforcement actions against the Subject Defendants, the issuance of additional restraining orders against newly discovered accounts or assets, and any further proceedings necessary to ensure full satisfaction of the judgment.

11.     Until Plaintiffs have recovered the full payment of monies owed by any Subject Defendant, Plaintiffs shall have the ongoing authority to serve this Order on Amazon, any Financial Institution, and/or any other Third-Party Provider in the event that any new accounts owned, controlled, or operated by any Subject Defendant is identified. Upon receipt of this Order, Amazon, any Financial Institution, and/or any other Third-Party Provider shall five (5) business days:

   a. Locate all accounts and funds connected to the Subject Defendants, and the Subject Defendants' Online Storefronts,

including, but not limited to, any accounts connected to the
Subject Defendants' Online Storefronts to which the Subject
Defendants may transfer funds;

b.  Restrain and enjoin such accounts or funds form transferring or
disposing of any money or other of the Subject Defendants' assets;
and

c.  Release all monies restrained in the Subject Defendants' accounts
to Plaintiffs as partial payment of the above-identified damages
within ten (10) business days of receipt of this Order.

12.     In the event that Plaintiffs identify any additional online
marketplace accounts, storefronts, domain names, or financial accounts
owned by any Subject Defendant, Plaintiffs may send notice of any
supplemental proceeding to the Subject Defendant by email at the email
addresses identified by Plaintiffs, and any email addresses provided by
third parties as being owned or used by the Subject Defendant.

13.     Pursuant to 28 U.S.C. § 1961, post-judgment interest shall accrue
on the total monetary award, including damages, attorneys' fees, and
costs, at the rate set forth by federal law, from the date of entry of this
Judgment until the total amount is fully paid. The applicable rate of
post-judgment interest shall be calculated as provided in 28 U.S.C. §
1961(a), based on the weekly average one-year constant maturity
Treasury yield, as published by the Board of Governors of the Federal
Reserve System, for the calendar week preceding the date of entry of this

Judgment. Such interest shall be compounded annually, as required by 28 U.S.C. § 1961(b). The Subject Defendants shall be responsible for the payment of post-judgment interest without the necessity of further action by the court or the prevailing party.

14.     The Clerk of Court is directed to release and return the full bond amount of One Thousand Five Hundred dollars ($1,500) to Anderson & Associates Law, P.C. at 61 Broadway, Suite 2809, New York, NY 10006.

15.     The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and close this case.


SO ORDERED.

Dated:    November 24, 2025
          New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge

## "SCHEDULE A" AMAZON DEFENDANTS

**DEFENDANT 1**:
**BUSINESS NAME**: Guangzhourandingshangmaoyouxiangongsi
**MERCHANT ID**: ATVPDKIKX0DER
**ASIN**: B0DM261S4N
**LINK TO PRODUCT**:
https://www.amazon.com/Anti-Snoring-Device-FDA-Cleared-Customizable/dp/B0DM261S4N
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=AGPM5WXGPNDWZ&asin=B0DM261S4N&re
f_=dp_merchant_link&isAmazonFulfilled=1


**DEFENDANT 2**:
**BUSINESS NAME**: ZhuZhouHuaiZiTongShangMaoYouXianGongSi
**MERCHANT ID**: ACZ7NQP6OPLWS
**ASIN**: B0DS69LFFG
**LINK TO PRODUCT**:
https://www.amazon.com/Anti-Snoring-Mouthpiece-SnoringMouthpiece-Comfortable/dp/B0DS
2SVCX1/ref=sr_1_1?dib=eyJ2IjoiMSJ9.dHSaaoca1sCDQA4rrotVR8PrE6pCfCRvfflm4w6AAu
2F0DZ-P9ToaLIt4eEGQhi0r-4a6AhifjRSjLfjip41SW63HhrpDDt56D8brYT89HB6V
AXdkRN2
HWSSOVkyRgSBJsiITUZBoR2PkWyq4SzOF1G-13LsIABE7DhCwzcphjXt1fjvDDMkP4qnpJ
K3Uy4y.Q0pcKb92DiJMbHfG-5l57OUMe5gAWNDMgaDxkGkG7Ho&dib_tag=se&m=ACZ7
NQP6OPLWS&marketplaceID=A        TVPDKIKX0DER&qid=1742417422&s=merchant-items&sr=
1-1
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS69LFFG&r
ef_
=dp_merchant_link&isAmazonFulfilled=1
**EMAIL:**
kumsecgcb@outlook.com
**ADDRESS 1:**

高要区

**ADDRESS 2:**

金利镇珠江村委会珠江村二甲牌坊

**CITY/STATE:**

肇庆市/广东

**COUNTRY/COUNTRY CODE:**

CHINA/CN

**POSTAL CODE:**

412000

**DEFENDANT 3**:
**BUSINESS NAME**: shenzhenweixunguangdiankejiyouxiangongsi
**MERCHANT ID**: A3TV A VPKCUPH4G
**ASIN**: B0DM257SXX
**LINK TO PRODUCT**:
https://www.amazon.com/Anti-Snoring-Device-FDA-Cleared-Customizable/dp/B0DM257SXX
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A3TV                                             A
VPKCUPH4G&asin=B0DM257SXX&re
f_=dp_merchant_link&isAmazonFulfilled=1
**EMAIL:**
2747405337@qq.com
**ADDRESS 1:**

龙华区观澜街道高尔夫大道 5 号 302

**CITY/STATE:**

深圳市/广东

**COUNTRY/COUNTRY CODE:**

CHINA/CN

**POSTAL CODE:**

518000

**DEFENDANT 4**:
**BUSINESS NAME**: foshanshilinningdashangmaoyouxiangongsi
**MERCHANT ID**: A2F3FOWUFN9F62
**ASIN**: B0DQW6DZWB
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0DQW6DZWB

**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A2F3FOWUFN9F62&asin=B0DQW6DZWB&r
ef_=dp_merchant_link&isAmazonFulfilled=1
**EMAIL**:
opp866060@163.com
**ADDRESS 1**:
南海区
**ADDRESS 2**:
里水镇里水通道 14 号 5 栋 803 室
**CITY/STATE**:
佛山市/广东
**COUNTRY/COUNTRY CODE**:
CHINA/CN
**POSTAL CODE**:
528000

**DEFENDANT 5**:
**BUSINESS NAME**: guizhouzijiedaomaoyiyouxiangongsi
**MERCHANT ID**: A1D792OU2GBD0V
**ASIN**: B0DQHNG86P
**LINK TO PRODUCT**:
https://www.amazon.com/Anti-Snoring-Mouth-Mouthpiece-Effective-Snoring-
Solution/dp/B0D
QHNG86P
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A1D792OU2GBD0V&asin=B0DQHNG86P
&ref
_=dp_merchant_link
**EMAIL**:
hokkiluyban@outlook.com
**ADDRESS 1**:
南明区花果园半山小镇
**ADDRESS 2**:
W2 区 4 栋 3 单元
**CITY/STATE**:
贵阳市/贵州省
**COUNTRY/COUNTRY CODE**:

CHINA/CN
**POSTAL CODE:**
550007

**DEFENDANT 6**:
**BUSINESS NAME**: chongqinghaorunyujidianshebeiyouxiangongsi
**MERCHANT ID**: A1PD7CW5LS4QFA
**ASIN**: B0DDXN5R3F
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0DDXN5R3F
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A1PD7CW5LS4QFA&asin=B0DDXN5R3F&ref
_=dp_merchant_link&isAmazonFulfilled=1
**EMAIL:**
bee95448438@163.com
**ADDRESS 1:**
龙泉驿区
**ADDRESS 2:**
大面街道洪景西路 24 号
**CITY/STATE:**
成都市/四川
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
610000

**DEFENDANT 7**:
**BUSINESS NAME**: FSAFCASD/ Guizhou Tengmin Trading Co., Ltd.
**MERCHANT ID**: A1Q9FRBZENSUGD
**ASIN**: B0DWMQZTMR
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0DWMQZTMR
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A1Q9FRBZENSUGD&asin=B0DWMQZTMR&
ref_=dp_merchant_link&isAmazonFulfilled=1
**EMAIL:**
rangzhuou0757@163.com
**ADDRESS 1:**
临沭县

**ADDRESS 2:**

青云镇韩村 12 号

**CITY/STATE:**

临沂市/山东省

**COUNTRY/COUNTRY CODE:**

CHINA/CN

**POSTAL CODE:**

276712

**DEFENDANT 8**:
**BUSINESS NAME**: YANGJIE--US/ guizhouzijiedaomaoyiyouxiangongsi
**MERCHANT ID**: A1D792OU2GBD0V**ASIN**: B0DQJGF6Y2
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0DQJGF6Y2
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A1D792OU2GBD0V&asin=B0DQJGF6Y2
&ref
_=dp_merchant_link
**EMAIL:**
hokkiluyban@outlook.com
**ADDRESS 1:**
南明区花果园半山小镇
**ADDRESS 2:**
W2 区 4 栋 3 单元
**CITY/STATE:**
贵阳市/贵州省
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
550007

**DEFENDANT 9**:
**BUSINESS NAME**: haikouyuqiangmaoyiyouxiangongsi
**MERCHANT ID**: A1D9D5W46H88F2
**ASIN**: B0DM267F76
**LINK TO PRODUCT**: amazon.com/dp/B0DM267F76
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=A1D9D5W46H88F2&asin=B0DM267F76&r
ef_

=dp_merchant_link&isAmazonFulfilled=1
**EMAIL:**
18525771375@163.com
**ADDRESS 1:**
沈丘县
**ADDRESS 2:**
御景国际小区二号楼
**CITY/STATE:**
周口市/河南
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
466300


**DEFENDANT 10**:
**BUSINESS NAME**: guangzhourandingshangmaoyouxiangongsi
**MERCHANT ID**: AGPM5WXGPNDWZ
**ASIN**: B0D5YY8835
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0D5YY8835
**LINK TO STORE**:
https://www.amazon.com/sp?ie=UTF8&seller=AGPM5WXGPNDWZ&asin=B0D5YY8835&re
f_=dp_merchant_link&isAmazonFulfilled=1
**EMAIL:**
bequ5641@163.com
**ADDRESS 1:**
南城区
**ADDRESS 2:**
净果成人用品店元美沙塘巷 28 号
**CITY/STATE:**
东莞市/广东
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
523000

**DEFENDANT 11**:

**BUSINESS NAME**: chongqinghaorunyujidianshebeiyouxiangongs
/chongqinghaorunyujidianshebeiyouxiangongs
**MERCHANT ID**: A1PD7CW5LS4QFA
**ASIN**: B0DQC8HWHH
**LINK TO PRODUCT**: https://www.amazon.com/dp/B0DQC8HWHH
**LINK TO STORE**: https://www.amazon.com/sp?seller=A1PD7CW5LS4QFA
**EMAIL:**
bee95448438@163.com
**ADDRESS 1:**
龙泉驿区
**ADDRESS 2:**
大面街道洪景西路 24 号
**CITY/STATE:**
成都市/四川
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
610000

**DEFENDANT 12:**
**BUSINESS NAME**: Shanghai Zhonghuide Trading Co., Ltd.
**MERCHANT ID**: AQGHJKNWPRIU5
**ASIN:** B0DQW45BZL
**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=AQGHJKNWPRIU5&asin=B0DQW45BZL
&ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/Device-Anti-SnoringMouthpiece-
EffectiveAnti-Customizable-AdjustableComfortable/dp/B0DQW45BZL
**EMAIL:**
pigaoqxr57@163.com
**ADDRESS 1:**
车墩镇虬长路 112 号
**ADDRESS 2:**
松江区
**CITY/STATE:**
上海/上海
**COUNTRY/COUNTRY CODE:**
CHINA/CN

**POSTAL CODE:**
201600

**DEFENDANT 13:**
**BUSINESS NAME**: ZhuZhouHuaiZiTongShangMaoYouXianGongSi
**MERCHANT ID:** ACZ7NQP6OPLWS
**ASIN:** B0DS76RJR6
**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS2RGYB7&ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/dp/B0DS76RJR6
**EMAIL:**
kumsecgcb@outlook.com
**ADDRESS 1:**
高要区
**ADDRESS 2:**
金利镇珠江村委会珠江村二甲牌坊
**CITY/STATE:**
肇庆市/广东
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
526100

**DEFENDANT 14:**
**BUSINESS NAME**: guangzhourandingshangmaoyouxiangongsi
**MERCHANT ID:** AGPM5WXGPNDWZ
**ASIN:** B0D5YY8835
**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=AGPM5WXGPNDWZ&asin=B0D5YY8835&ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/dp/B0D5YY8835
**EMAIL:**
bequ5641@163.com
**ADDRESS 1:**
南城区
**ADDRESS 2:**
净果成人用品店元美沙塘巷 28 号
**CITY/STATE:**

东莞市/广东
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
523000

**DEFENDANT 15:**
**BUSINESS NAME**: Shanghai Zhonghuide Trading Co., Ltd.
**MERCHANT ID:** AQGHJKNWPRIU5
**ASIN:** B0DQW9M4NG
**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=AQGHJKNWPRIU5&asin=B0DQW9M4NG
&ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/dp/B0DQW9M4NG
**EMAIL:**
pigaoqxr57@163.com
**ADDRESS 1:**
车墩镇虬长路 112 号
**ADDRESS 2:**
松江区
**CITY/STATE:**
上海/上海
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
201600

**DEFENDANT 16:**
**BUSINESS NAME**: ZhuZhouHuaiZiTongShangMaoYouXianGongSi
**MERCHANT ID:** ACZ7NQP6OPLWS
**ASIN:** B0DS2S8YZM
**LINK TO PRODUCT:**
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS2S8YZM&
ref_=dp_merchant_link&isAmazonFulfilled=1
**LINK TO STORE:** https://www.amazon.com/dp/B0DS2S8YZM
**EMAIL:**
kumsecgcb@outlook.com
**ADDRESS 1:**
高要区

**ADDRESS 2:**
金利镇珠江村委会珠江村二甲牌坊
**CITY/STATE:**
肇庆市/广东
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
526100

**DEFENDANT 17:**
**BUSINESS NAME**: ZhuZhouHuaiZiTongShangMaoYouXianGongSi
**MERCHANT ID:** ACZ7NQP6OPLWS
**ASIN:** B0DS2RGYB7
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DS2RGYB7
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS2RGYB7&ref_=dp_merchant_link&isAmazonFulfilled=1
**EMAIL:**
kumsecgcb@outlook.com
**ADDRESS 1:**
Lu Kou Qu Gu Yue Feng Zhen Hong Qi Cun Cai Gong Zu 7 Hao
**CITY/STATE:**
ZHU ZHOU SHI/HU NAN SHENG
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
412000

**DEFENDANT 18:**
**BUSINESS NAME**: ZhuZhouHuaiZiTongShangMaoYouXianGongSi
**MERCHANT ID:** ACZ7NQP6OPLWS
**ASIN:** B0DS2SVCX1
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DS2SVCX1
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=ACZ7NQP6OPLWS&asin=B0DS2SVCX1&ref_=dp_merchant_link&isAmazonFulfilled=1
**EMAIL:**
kumsecgcb@outlook.com
**ADDRESS 1:**
Lu Kou Qu Gu Yue Feng Zhen Hong Qi Cun Cai Gong Zu 7 Hao

**CITY/STATE:**

ZHU ZHOU SHI/HU NAN SHENG

**COUNTRY/COUNTRY CODE:**

CHINA/CN

**POSTAL CODE:**

412000

**DEFENDANT 19:**

**BUSINESS NAME**: foshanshilinningdashangmaoyouxiangongsi

**MERCHANT ID:** A2F3FOWUFN9F62

**ASIN:** B0DQW52QQQ

**LINK TO PRODUCT:** amazon.com/dp/B0DQW52QQQ

**LINK TO STORE:**

https://www.amazon.com/sp?ie=UTF8&seller=A2F3FOWUFN9F62&asin=B0DQW52QQQ&ref_=dp_merchant_link&isAmazonFulfilled=1

**EMAIL:**

opp866060@163.com

**ADDRESS 1:**

南海区

**ADDRESS 2:**

里水镇里水通道 14 号 5 栋 803 室

**CITY/STATE:**

佛山市/广东

**COUNTRY/COUNTRY CODE:**

CHINA/CN

**POSTAL CODE:**

528000

**DEFENDANT 20:**

**BUSINESS NAME**: chongqinghaorunyujidianshebeiyouxiangongsi

**MERCHANT ID:** A1PD7CW5LS4QFA

**ASIN:** B0DQC7DDBJ

**LINK TO PRODUCT:** https://www.amazon.com/Anti-Snoring-Device-FDA-Cleared-Customizable/dp/B0DQC7DDBJ/ref=sr_1_7?crid=3JQF6EKVNJSLO&dib=eyJ2IjoiMSJ9.853X4iZ5-l_ABXJGIRqGAPZU5q4lfROG987mOY9T9nHxxcHgV0e2EVUC1ZJ8VrPiMB6cTp3RE6EpH7WnBLAwAhQepD2w4hn_vMdnSqKHgaFiaGSpN7v9XESD6Ab74Ho-IzZls_LVBg6HMkZB5kLRfjQL_6aSGr2Edjqb-w-ygLfGAbptxHuMPDDBdXdPLZpZ.mKphqClCrRb3BokNBEP4Bw8u-

MFUXFyU2YmPd4Jxfjc&dib_tag=se&keywords=fissiontech+llc&qid=1744031311&sprefix=fissiontech%2Caps%2C118&sr=8-7

**LINK TO STORE:**

https://www.amazon.com/sp?ie=UTF8&seller=A1PD7CW5LS4QFA&asin=B0DQC7DDBJ&ref_=dp_merchant_link&isAmazonFulfilled=1

**EMAIL:**

bee95448438@163.com

**ADDRESS 1:**

龙泉驿区

**ADDRESS 2:**

大面街道洪景西路 24 号

**CITY/STATE:**

成都市/四川

**COUNTRY/COUNTRY CODE:**

CHINA/CN

**POSTAL CODE:**

610000

**DEFENDANT 21:**

**BUSINESS NAME**: shenzhenweixunguangdiankejiyouxiangongsi

**MERCHANT ID:** A3TVAVPKCUPH4G

**ASIN:** B0DM2497R7

**LINK TO PRODUCT:** amazon.com/dp/B0DM2497R7

**LINK TO STORE:**

https://www.amazon.com/sp?ie=UTF8&seller=A3TVAVPKCUPH4G&asin=B0DM2497R7&ref_=dp_merchant_link&isAmazonFulfilled=1

**EMAIL:**

2747405337@qq.com

**ADDRESS 1:**

龙华区观澜街道高尔夫大道 5 号 302

**CITY/STATE:**

深圳市/广东

**COUNTRY/COUNTRY CODE:**

CHINA/CN

**POSTAL CODE:**

518000

**DEFENDANT 22:**

**BUSINESS NAME**: linquanxianzhetaoershouchexiaoshouyouxiangongsi

**MERCHANT ID:** A1RQ1EWLRTBFJ4

**ASIN:** B0D6XDYFHZ

**LINK TO PRODUCT:** amazon.com/dp/B0D6XDYFHZ

**LINK TO STORE:**

https://www.amazon.com/sp?ie=UTF8&seller=A1RQ1EWLRTBFJ4&asin=B0D6XDYFHZ&ref_=dp_merchant_link&isAmazonFulfilled=1

**EMAIL:**

diefan393838288@163.com

**ADDRESS 1:**

临泉县

**ADDRESS 2:**

韦寨镇杜庄村民委员会王庄 77 号

**CITY/STATE:**

阜阳市/安徽

**COUNTRY/COUNTRY CODE:**

CHINA/CN

**POSTAL CODE:**

236400

**DEFENDANT 23:**

**BUSINESS NAME**: linquanxianzhetaoershouchexiaoshouyouxiangongsi

**MERCHANT ID:** A1RQ1EWLRTBFJ4

**ASIN:** B0D6XC886V

**LINK TO PRODUCT:** https://www.amazon.com/dp/B0D6XC886V

**LINK TO STORE:**

https://www.amazon.com/sp?ie=UTF8&seller=A1RQ1EWLRTBFJ4&asin=B0D6XC886V&ref_=dp_merchant_link&isAmazonFulfilled=1

**EMAIL:**

diefan393838288@163.com

**ADDRESS 1:**

临泉县

**ADDRESS 2:**

韦寨镇杜庄村民委员会王庄 77 号

**CITY/STATE:**

阜阳市/安徽

**COUNTRY/COUNTRY CODE:**

CHINA/CN

**POSTAL CODE:**

236400

**DEFENDANT 24:**
**BUSINESS NAME**: Shanghai Zhonghuide Trading Co., Ltd.
**MERCHANT ID:** AQGHJKNWPRIU5
**ASIN:** B0DQW9M4NG
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DQW9M4NG
**LINK TO STORE:**
https://www.amazon.com/sp?ie=UTF8&seller=AQGHJKNWPRIU5&asin=B0DQW9M4NG&ref_=dp_merchant_link&isAmazonFulfilled=1
**EMAIL:**
pigaoqxr57@163.com
**ADDRESS 1:**
车墩镇虬长路 112 号
**ADDRESS 2:**
松江区
**CITY/STATE:**
上海/上海
**COUNTRY/COUNTRY CODE:**
CHINA/CN
**POSTAL CODE:**
201600

**DEFENDANT 25:**
**ASIN:** B0D8B6PW3N
**LINK TO PRODUCT:** https://us.amazon.com/Anti-Snoring-Device-FDA-Cleared-Customizable/dp/B0D8B6PW3N

**DEFENDANT 26:**
**ASIN:** B0D5YWGVJW
**LINK TO PRODUCT:** amazon.com/dp/B0D5YWGVJW

**DEFENDANT 27:**
**ASIN:** B0DM27B68Y
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DM27B68Y

**DEFENDANT 28:**
**ASIN:** B0DQW6DZWB
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DQW6DZWB

**DEFENDANT 29:**
**ASIN:** B0D5YYW8SP
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0D5YYW8SP

**DEFENDANT 30:**
**ASIN:** B0DFPHJG85
**LINK TO PRODUCT:** https://www.amazon.com/Snoring-Device-Anti-Mouthpiece-Device-MouthGuard/dp/B0DFPHJG85

**DEFENDANT 31:**
**ASIN:** B0D6X6YFM8
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0D6X6YFM8

**DEFENDANT 32:**
**ASIN:** B0DHVYC931
**LINK TO PRODUCT:** https://www.amazon.com/Anti-Snoring-Device-Cleared-Adjustable/dp/B0DHVYC931

**DEFENDANT 33:**
**ASIN:** B0DQCBC8D3
**LINK TO PRODUCT:** amazon.com/dp/B0DQCBC8D3

**DEFENDANT 34:**
**ASIN:** B0DQC8HWHH
**LINK TO PRODUCT:** https://www.amazon.com/dp/B0DQC8HWHH

**DEFENDANT 35:**
**ASIN:** B0DQC7VZWZ
**LINK TO PRODUCT:** amazon.com/dp/B0DQC7VZWZ